# EXHIBIT A

# EXHIBIT A

## Karlene M. Octeau

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Bob Seger | Roll Me Away | Distance | 43-102 |
| UMG Recordings, Inc. | DMX | Slippin' | Flesh of My Flesh, Blood Of My Blood | 188-987 |
| Loud Records LLC | Mobb Deep | Quiet Storm Remix | Murda Muzik | 293-229 |
| Warner Bros. Records Inc. | Goo Goo Dolls | Black Balloon | Dizzy Up the Girl | 246-538 |
| Capitol Records, Inc. | Bob Seger | You'll Accomp'ny Me | Against the Wind | 17-910 |
| BMG Music | Vertical Horizon | Everything You Want | Everything You Want | 277-868 |
| Arista Records LLC | Carolyn Dawn Johnson | Complicated | Room with a View | 301-081 |