# EXHIBIT B

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| kazaaliteuser@KaZaA | kmd202gu_en.exe | Sharman Networks Ltd | 3,323KB | Software | K |
| kazaaliteuser@KaZaA | MatchBox Twenty - If You're Gone.mp3 | match box 20 | 4,290KB | Audio | |
| kazaaliteuser@KaZaA | Match Box 20 - Closing Time.MP3 | Match Box 20 | 2,288KB | Audio | |
| kazaaliteuser@KaZaA | Aint It Funny (Remix).mp3 | J Lo and Ja Rule | 3,626KB | Audio | (I |
| kazaaliteuser@KaZaA | One Mic.MP3 | Nas | 1,829KB | Audio | |
| kazaaliteuser@KaZaA | Aaliyah - 4 Page Letter.mp3 | Aaliya | 3,414KB | Audio | |
| kazaaliteuser@KaZaA | Matchbox 20 - Breakfast at Tiffanys (2).mp3 | Match Box 20 | 2,934KB | Audio | Br |
| kazaaliteuser@KaZaA | 504 Boyz _ Wobble Wobble.MP3 | 504 Boys | 1,536KB | Audio | |
| kazaaliteuser@KaZaA | 504 boyz-everybody Get Your Roll On.mp3 | Big Tymers | 2,476KB | Audio | |
| kazaaliteuser@KaZaA | little river band - the nite owls.mp3 | Little River Band | 4,920KB | Audio | |
| kazaaliteuser@KaZaA | Jackie Wilson - Alone At Last.mp3 | Jackie Wilson | 2,860KB | Audio | |
| kazaaliteuser@KaZaA | Joel, Billy - Shameless.mp3 | Billy Joel | 4,188KB | Audio | |
| kazaaliteuser@KaZaA | Deanna Carter - What Makes You Stay (Hope Floats).mp3 | Deanna Carter | 4,316KB | Audio | What Makes You |
| kazaaliteuser@KaZaA | Chicago - Questions 67 and 68.mp3 | Chicago | 4,744KB | Audio | Q |
| kazaaliteuser@KaZaA | Supremes _Temptations - Can't Take My Eyes Off You.mp3 | Supremes _Temptations | 4,391KB | Audio | Can't Tal |
| kazaaliteuser@KaZaA | No Doubt - 09 - Running.mp3 | No Doubt | 3,779KB | Audio | |
| kazaaliteuser@KaZaA | Bob Seger - You'll Accomp'ny Me.mp3 | Bob Seger | 3,756KB | Audio | Y |
| kazaaliteuser@KaZaA | Wyclef Jean - Stripper Song.mp3 | Wyclef Jean | 2,724KB | Audio | |
| kazaaliteuser@KaZaA | Dylan, Bob - 05 - Like A Rolling Stone.mp3 | Dylan, Bob | 2,776KB | Audio | L |
| kazaaliteuser@KaZaA | Nas _Tupac - Street Dreams (Remix).mp3 | Nas _Tupac | 6,046KB | Audio | Stre |
| kazaaliteuser@KaZaA | Wu Tang Clan - Where Was Heaven.mp3 | Wu-tang | 3,251KB | Audio | V |
| kazaaliteuser@KaZaA | B- (e) Nat King Cole - Unforgetable.mp3 | (e) Nat King Cole | 3,909KB | Audio | |
| kazaaliteuser@KaZaA | Goo Goo Dolls-Broadway's dark tonight.mp3 | Goo Goo Dolls | 2,629KB | Audio | Broac |
| kazaaliteuser@KaZaA | lifehouse - Awake And Dreaming.mp3 | Lifehouse | 3,369KB | Audio | |
| kazaaliteuser@KaZaA | Queen - Somebody To Love.mp3 | Queen | 5,798KB | Audio | |
| kazaaliteuser@KaZaA | Nas, Method Man, DMX - Belly.mp3 | Nas, Method Man, DMX | 3,278KB | Audio | |
| kazaaliteuser@KaZaA | Gene Pitney - The Man Who Shot Liberty Valance.mp3 | Gene Pitney | 2,816KB | Audio | The Man Who |
| kazaaliteuser@KaZaA | Brandy-The Boy Is Mine.mp3 | Brandy | 3,792KB | Audio | |
| kazaaliteuser@KaZaA | Spinners and temptations - Thats the Way Love goes.mp3 | Spinners | 4,630KB | Audio | Thats t |
| kazaaliteuser@KaZaA | Bruce Springsteen - Walking in Memphis.mp3 | Bruce Springsteen | 4,030KB | Audio | |

Found 754 files | 2,579,756 users online, sharing 805,881,390 files (9,758,208 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| kazaaliteuser@KaZaA | Spinners and temptations - Thats the Way Love goes.mp3 | Spinners | 4,630KB | Audio | Thats t |
| kazaaliteuser@KaZaA | Bruce Springsteen- Walking in Memphis.mp3 | Bruce Springsteen | 4,039KB | Audio | |
| kazaaliteuser@KaZaA | Tim McGraw _Faith Hill - Just to See You Smile (1).mp3 | Tim Mcgraw | 2,502KB | Audio | Ju |
| kazaaliteuser@KaZaA | Camron - What Means The World To You.mp3 | camron | 3KB | Audio | What Mean: |
| kazaaliteuser@KaZaA | Lil kim- ouchie wally wally.mp3 | Nas | 2,389KB | Audio | |
| kazaaliteuser@KaZaA | McCartney, Paul - Ram - Dear Boy.mp3 | Paul McCartney | 2,114KB | Audio | |
| kazaaliteuser@KaZaA | Turtles - She'd Rather Be With Me2.mp3 | The Turtles | 2,776KB | Audio | She'd |
| kazaaliteuser@KaZaA | dixie chicks-wide open spaces.mp3 | Dixie Chicks | 6,990KB | Audio | |
| kazaaliteuser@KaZaA | Slow - Brandi - Everything I do.mp3 | Brandy | 3,896KB | Audio | |
| kazaaliteuser@KaZaA | Brandy- Never Say Never.mp3 | Brandy | 4,845KB | Audio | |
| kazaaliteuser@KaZaA | Evanescence - 2002 Demos - 02 - Wake Me Up Inside (1)... | Evanessence | 3,718KB | Audio | V |
| kazaaliteuser@KaZaA | Chamber Brothers - Time Has Come Today (single).mp3 | Chamber Brothers | 4,672KB | Audio | Time Has C |
| kazaaliteuser@KaZaA | Three Doors Down-05-Be Like That.mp3 | Three Doors Down | 5,192KB | Audio | |
| 2 Users | Bon Jovi - Always.mp3 | Bon Jovi | 4,624KB | Audio | |
| kazaaliteuser@KaZaA | Aaliyah - If Your Girl Only Knew(1).mp3 | Aaliyah | 9,096KB | Audio | If Y |
| kazaaliteuser@KaZaA | nas _genuine - shorty.mp3 | Nas _Ginuwine | 2,837KB | Audio | |
| kazaaliteuser@KaZaA | 08 - I Can't (Featuring Total).mp3 | Foxy Brown | 6,752KB | Audio | I Can' |
| kazaaliteuser@KaZaA | INSYNC - All I Ever Wanted.mp3 | Nsync | 3,119KB | Audio | |
| kazaaliteuser@KaZaA | Rnb-R. Kelly - When a Womens Fed up.mp3 | R. kelly | 3,286KB | Audio | Wher |
| kazaaliteuser@KaZaA | ludacris - roll out.mp3 | Ludacris | 3,612KB | Audio | |
| kazaaliteuser@KaZaA | Joan Osbourne -What If God Was One Of Us.mp3 | Joan Osbourne | 3,019KB | Audio | What If G |
| kazaaliteuser@KaZaA | nas-107-i_can-rns.mp3 | Nas | 5,974KB | Audio | |
| kazaaliteuser@KaZaA | Common - The Light.mp3 | Common | 3,396KB | Audio | |
| kazaaliteuser@KaZaA | Weezer - Mrs Robinson.MP3 | Weezer | 3,500KB | Audio | |
| kazaaliteuser@KaZaA | 03 Cowboy Take Me Away.wma | Dixie Chicks | 5,727KB | Audio | Cow |
| kazaaliteuser@KaZaA | Silent All These Years (Really Deep Remix).mp3 | Tori Amos | 4,930KB | Audio | Silent All T |
| kazaaliteuser@KaZaA | TORI AMOS- CRUCIFY.MP3 | Tori Amos | 2,036KB | Audio | |
| kazaaliteuser@KaZaA | Tori Amos - Wild Horses (Rolling Stones cover).mp3 | Tori Amos | 5,354KB | Audio | Wild Horses (Rc |
| kazaaliteuser@KaZaA | Alien Antfarm - 112 - Smooth Criminal.mp3 | Alien Ant Farm | 5,724KB | Audio | |
| kazaaliteuser@KaZaA | wham! - I dont want your freedom.mp3 | George Michael | 3,937KB | Audio | I Dont Y |

Found 754 files | 2,579,756 users online, sharing 805,881,390 files (9,758,208 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| kazaaliteuser@KaZaA | Alien Antfarm - 112 - Smooth Criminal.mp3 | Alien Ant Farm | 5,724KB | Audio | |
| kazaaliteuser@KaZaA | wham! - I dont want your freedom.mp3 | George Michael | 3,927KB | Audio | I Dont V |
| kazaaliteuser@KaZaA | ELO - Its Magic.mp3 | ELO | 3,136KB | Audio | |
| kazaaliteuser@KaZaA | Grassroots - Temptation Eyes.mp3 | The Grass Roots | 2,492KB | Audio | |
| kazaaliteuser@KaZaA | the sign - ace of base.mp3 | Ace Of Base | 4,466KB | Audio | The |
| kazaaliteuser@KaZaA | Jeff Bates - I Wanna Make You Cry.mp3 | Jeff Bates | 4,635KB | Audio | I Wa |
| kazaaliteuser@KaZaA | Turtles - It Ain't Me Babe (2).mp3 | The Turtles | 2,018KB | Audio | |
| kazaaliteuser@KaZaA | Beatnuts- Watch out now.mp3 | Beatnuts | 1,762KB | Audio | |
| kazaaliteuser@KaZaA | Rap- Tupac - Gangsta Party.mp3 | Tupac | 2,545KB | Audio | |
| kazaaliteuser@KaZaA | I can-12 nas-god's son.mp3 | Nas | 3,693KB | Audio | |
| kazaaliteuser@KaZaA | 50 cent and NAS REMIX.mp3 | 50 Cent | 4,042KB | Audio | 50 ce |
| kazaaliteuser@KaZaA | Money, Cash, Hoes (feat DMX).mp3 | Jay-Z | 4,036KB | Audio | Money, Casl |
| kazaaliteuser@KaZaA | Mobb Deep _Lil Kim - Quiet Storm (Remix).mp3 | Moob Deep | 5,716KB | Audio | |
| kazaaliteuser@KaZaA | 2pac _Krazy Bone - Thug Mentality.mp3 | 2Pac | 3,718KB | Audio | 2pac and Kra |
| kazaaliteuser@KaZaA | sean pual - Shake It.mp3 | Sean Paul | 3,117KB | Audio | |
| kazaaliteuser@KaZaA | Offspring - Get a Job.wma | Offspring | 1,697KB | Audio | |
| kazaaliteuser@KaZaA | Johnny Cash _June Carter - I'm Going To Jackson.mp3 | Johnny Cash _June Cart... | 2,494KB | Audio | I'i |
| kazaaliteuser@KaZaA | Patty Loveless - How Can I Help You Say Goodbye.mp3 | Patty Loveless | 4,726KB | Audio | How Can I Help |
| kazaaliteuser@KaZaA | (06) 50 Cent - Material Girl.mp3 | 50 Cent | 2,876KB | Audio | |
| kazaaliteuser@KaZaA | Reba Mcintire - The Night the Lights Went Out in Georgia (... | Reba Mcintire | 5,022KB | Audio | The Night the Lights W |
| kazaaliteuser@KaZaA | Bryan Adams - Summer Of 69.mp3 | Brian Adams | 4,074KB | Audio | |
| kazaaliteuser@KaZaA | Brian Adams - Right Here Waiting.mp3 | Brian Adams | 3,381KB | Audio | |
| kazaaliteuser@KaZaA | Reba McIntyre - Fancy.mp3 | Reba McIntire | 4,672KB | Audio | |
| kazaaliteuser@KaZaA | dmx-grand champ-where the hood at.mp3 | dmx | 7,496KB | Audio | |
| kazaaliteuser@KaZaA | James Taylor.kpl | James Taylor | 1KB | | |
| kazaaliteuser@KaZaA | (James Taylor)-Way You Look Tonight.wma | James Taylor | 2,483KB | Audio | Wa |
| kazaaliteuser@KaZaA | (James Taylor)-Handy Man.wma | James Taylor | 2,505KB | Audio | |
| kazaaliteuser@KaZaA | (James Taylor)-Wonderful World.wma | James Taylor | 2,224KB | Audio | |
| kazaaliteuser@KaZaA | (James Taylor)-How Sweet It Is.wma | James Taylor | 2,588KB | Audio | |
| kazaaliteuser@KaZaA | (James Taylor)-Fire and Rain.wma | James Taylor | 2,435KB | Audio | |

Found 754 files | 2,579,756 users online, sharing 805,881,390 files (9,758,208 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| kazaaliteuser@KaZaA | (James Taylor)-How Sweet It Is.wma | James Taylor | 2,588KB | Audio | |
| kazaaliteuser@KaZaA | (James Taylor)-Fire and Rain.wma | James Taylor | 2,435KB | Audio | |
| kazaaliteuser@KaZaA | James Taylor - On The 4th of July.mp3 | James Taylor | 4,824KB | Audio | |
| kazaaliteuser@KaZaA | james taylor - Cats In The Craddle 2.mp3 | James Taylor | 3,564KB | Audio | C |
| kazaaliteuser@KaZaA | James Taylor-17-Dance.mp3 | James Taylor | 1,971KB | Audio | |
| kazaaliteuser@KaZaA | Puff Daddy + R. Kelly - Satisfy You.mp3 | Puff Daddy + R. Kelly - | 11,262KB | Audio | |
| kazaaliteuser@KaZaA | B-52s - Love Shack.mp3 | B-52's | 4,402KB | Audio | |
| kazaaliteuser@KaZaA | Tori Amos- Hey Jupiter (Dakota Remix).mp3 | Tori Amos | 5,703KB | Audio | |
| kazaaliteuser@KaZaA | BoyzIIMen- End Of the Road.mp3 | Boyz II Men | 4,636KB | Audio | |
| kazaaliteuser@KaZaA | Sundays- Wild Horses.mp3 | Tori Amos | 4,340KB | Audio | |
| kazaaliteuser@KaZaA | Boyz 2 men - bended knee.mp3 | 3 | 5,158KB | Audio | |
| kazaaliteuser@KaZaA | Evanescence - Whisper (2).mp3 | Evanessance | 4,665KB | Audio | |
| kazaaliteuser@KaZaA | Nas Az Nature Dr. Dre - Phone Tap.mp3 | Nas | 3,540KB | Audio | |
| kazaaliteuser@KaZaA | why cant i.kpl | Liz Phair | 0KB | | |
| kazaaliteuser@KaZaA | Hilary Duff - So Yesterday (3).wma | Hillary Duff | 1,816KB | Audio | |
| kazaaliteuser@KaZaA | sheryl_crow-the_first_cut_is_the_deepest.wma | Sheryl Crow | 3,558KB | Audio | the first |
| kazaaliteuser@KaZaA | behind blue eyes-unreleased_limp bizkit (1).mp3 | limp bizkit | 2,554KB | Audio | |
| kazaaliteuser@KaZaA | Crannberries - Dreams.mp3 | Cranberries | 3,178KB | Audio | |
| kazaaliteuser@KaZaA | 50 cent ft. G-Unit - Right Thurr (remix).WMA | 50 Cent | 510KB | Audio | |
| kazaaliteuser@KaZaA | limp bizkit-unreleased-behind blue eyes.mp3 | limp bizkit | 3,555KB | Audio | |
| kazaaliteuser@KaZaA | justin timberlake ft. 50 cent - cry me a river (remix).wma | 50 Cent | 3,057KB | Audio | cry |
| kazaaliteuser@KaZaA | justin timberlake ft.50 cent-cry me a river (remix).wma | 50 Cent | 2,458KB | Audio | cry |
| kazaaliteuser@KaZaA | Enrique Iglesias - Addicted (1).mp3 | Enrique Iglesias | 4,917KB | Audio | |
| kazaaliteuser@KaZaA | little texas - she'd give anything.mp3 | LITTLE TEXAS | 2,558KB | Audio | S |
| kazaaliteuser@KaZaA | country - She'd Give Anything To Fall In Love.mp3 | country | 2,556KB | Audio | She'd Give Anyth |
| kazaaliteuser@KaZaA | behind blue eyes-unreleased_limp bizkit.mp3 | limp bizkit | 2,121KB | Audio | |
| kazaaliteuser@KaZaA | blink-182 - feeling this.wma | Blink 182 | 2,771KB | Audio | |
| kazaaliteuser@KaZaA | Tracy Chapman - If you wait for me.mp3 | Tracy Chapman | 5,116KB | Audio | |
| kazaaliteuser@KaZaA | Matchbox20-I wanna push you around.mp3 | Match Box 20 | 3,737KB | Audio | I wann |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |

Found 754 files | 2,579,756 users online, sharing 805,881,390 files (9,758,208 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| kazaaliteuser@KaZaA | Matchbox20-I wanna push you around.mp3 | Match Box 20 | 3,737KB | Audio | I wann |
| kazaaliteuser@KaZaA | MatchBox 20 - Hows It gonna be.mp3 | Match Box 20 | 3,068KB | Audio | |
| kazaaliteuser@KaZaA | Tim_Magraw_-_My Best Friend.mp3 | Tim McGraw | 3,278KB | Audio | |
| kazaaliteuser@KaZaA | Notorious BIG - Player's Anthem.mp3 | Junior Mafia | 5,024KB | Audio | |
| kazaaliteuser@KaZaA | Tim Mcgraw - Please Remember Me.mp3 | Tim McGraw | 4,215KB | Audio | Ple |
| kazaaliteuser@KaZaA | Tim Mcgraw - My Best Friend.mp3 | Tim McGraw | 4,368KB | Audio | |
| kazaaliteuser@KaZaA | Elton John - Tiny Dancer.mp3 | Elton John | 5,862KB | Audio | |
| kazaaliteuser@KaZaA | Vanity Fare - Hitching a ride.mp3 | Vanity Fare | 2,925KB | Audio | |
| kazaaliteuser@KaZaA | Rod Stewart - You're In My Heart.mp3 | Rod Stewart | 4,218KB | Audio | |
| kazaaliteuser@KaZaA | Gary Allen - MAN TO MAN.mp3 | Gary Allen | 3,436KB | Audio | |
| kazaaliteuser@KaZaA | George Strait - With A Smile.mp3 | George Strait | 2,796KB | Audio | She'll Leav |
| kazaaliteuser@KaZaA | Match Box 20 - If You're Gone.mp3 | Match Box Twenty | 4,295KB | Audio | |
| kazaaliteuser@KaZaA | Dave Mathews Band - Ants Marching.mp3 | Dave Matthews Band | 3,644KB | Audio | |
| kazaaliteuser@KaZaA | Mya feat. Jadakiss - Best Of Me.mp3.mp3 | The Starting Line | 4,080KB | Audio | |
| kazaaliteuser@KaZaA | Hip Hop - Nelly Furtado -- Loving Me .mp3 | Nelly | 5,784KB | Audio | |
| kazaaliteuser@KaZaA | JENIFER LOPEZ - IM REAL (REMIX).mp3 | J-Lo feat. Ja Rule | 3,056KB | Audio | |
| kazaaliteuser@KaZaA | Disney - Tarzan - You'll Be In My Heart (Phil Collins).mp3 | Elton John | 3,022KB | Audio | Youll Be In My |
| kazaaliteuser@KaZaA | Bob Dylan - How Does It Feel.mp3 | Bob Dylan | 5,719KB | Audio | |
| kazaaliteuser@KaZaA | Usher- You Make Me Wanna.mp3 | Usher | 2,580KB | Audio | You |
| kazaaliteuser@KaZaA | Michelle Branch - Goodbye To You.mp3 | Michelle Branch | 4,159KB | Audio | |
| kazaaliteuser@KaZaA | rebecca lynn howard - Forgive.mp3 | Rebecca Lynn Howard | 3,727KB | Audio | |
| kazaaliteuser@KaZaA | Nas - If I Ruled The World.mp3 | Nas feat. Lauren Hill | 4,406KB | Audio | If |
| kazaaliteuser@KaZaA | Mya feat Jayz - Best Of Me (Remix).mp3 | Jay-z_Mya | 3,666KB | Audio | E |
| kazaaliteuser@KaZaA | Lauren Hill - Ex-Factor.mp3 | Lauren Hill | 5,102KB | Audio | |
| kazaaliteuser@KaZaA | Wyclef Jean - Gone Till November.mp3 | Wyclef Jean | 3,231KB | Audio | |
| kazaaliteuser@KaZaA | Whitney Houston - Heartbreak Hotel.mp3 | Whitney Houston | 4,396KB | Audio | |
| kazaaliteuser@KaZaA | Barry White - You're The First, The Last, My Everything.m... | Barry White | 4,296KB | Audio | You're The |
| 2 Users | Joe Cocker - Ain't No Sunshine.mp3 | Joe Cocker | 2,987KB | Audio | |
| kazaaliteuser@KaZaA | Barry White - Never, Never Gonna Let You Go.mp3 | Barry White | 3,968KB | Audio | Never, Never |

Found 754 files | 2,579,756 users online, sharing 805,881,390 files (9,758,208 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| kazaaliteuser@KaZaA | Barry White - Never, Never Gonna Let You Go.mp3 | Barry White | 3,968KB | Audio | Never, Never |
| kazaaliteuser@KaZaA | Mya - If You were Mine.mp3 | Mya | 4,015KB | Audio | |
| kazaaliteuser@KaZaA | (06) Jennifer Lopez - All I Have ft Ll Cool J (1).wma | J Lo and LL COOL J | 2,513KB | Audio | |
| kazaaliteuser@KaZaA | Jennifer Lopez feat. LL Cool J-All I Have.mp3 | Jennifer Lopez feat. LL C... | 1,997KB | Audio | All I Have J |
| kazaaliteuser@KaZaA | Joe Cocker - Feels Like Forever.mp3 | Joe Cocker | 4,378KB | Audio | Feels Like Forever (Theme From |
| kazaaliteuser@KaZaA | Whitney Huston - Exhale Shoop Shoop (Waiting To Exhale ... | Whitney Huston | 3,194KB | Audio | Exhale Shoop Shoop (Waiting To I |
| kazaaliteuser@KaZaA | Eminem - Loose Your Self (1).mp3 | Eminem | 4,902KB | Audio | Lose Yo |
| kazaaliteuser@KaZaA | CHUD.mp3 | Christina Aguilera | 3,986KB | Audio | Can't Hold Us D |
| kazaaliteuser@KaZaA | Toni Braxton - Let It Flow.mp3 | Toni Braxton | 4,174KB | Audio | |
| kazaaliteuser@KaZaA | Mya - Tears On My Pillow.mp3 | Mya | 5,927KB | Audio | |
| kazaaliteuser@KaZaA | TLC - This Is How It Works.mp3 | TLC | 4,672KB | Audio | Th |
| kazaaliteuser@KaZaA | Mary J. Blige - Not Gon' Cry.mp3 | Mary J. Bldge | 3,494KB | Audio | |
| kazaaliteuser@KaZaA | Kid Capri, Snoop, Slick Rick - Unify (Sexual Healing Remix) ... | Shaggy feat. Barry White | 3,294KB | Audio | Sexu |
| kazaaliteuser@KaZaA | Sheryl Crow - with Kid Rock - Picture Cocky (1).mp3 | Kid Rock and Sheryl Crow | 4,670KB | Audio | |
| kazaaliteuser@KaZaA | Monkees - Cheer up sleepy jean.mp3 | Monkees | 2,756KB | Audio | Ch |
| kazaaliteuser@KaZaA | Mya feat. Jadakiss- Best of Me.mp3 | Mya | 6,027KB | Audio | Best C |
| kazaaliteuser@KaZaA | Monkees - Daydream Believer.mp3 | The Monkees | 2,688KB | Audio | |
| kazaaliteuser@KaZaA | Mya feat. Jay-Z - Best of Me (Remix).mp3 | Mya w/ Jay-Z | 2,778KB | Audio | |
| kazaaliteuser@KaZaA | lose yourself - eminem - 8 mile soundtrack (1).mp3 | Eminem | 1,543KB | Audio | 8 |
| kazaaliteuser@KaZaA | Mya - Best Of Me - instrumental .mp3 | Mya F/ Jay-Z | 3,097KB | Audio | Best of Me |
| kazaaliteuser@KaZaA | Guns N' Roses - Sweet Child O' Min.mp3 | Guns n' Roses | 4,173KB | Audio | S |
| kazaaliteuser@KaZaA | Jon B Sex Is On My Mind Blulight.mp3 | Set it off | 3,291KB | Audio | Sex Is C |
| kazaaliteuser@KaZaA | Tim Magraw - BBQ stain.mp3 | Tim McGraw | 2,868KB | Audio | BBQ Stain C |
| kazaaliteuser@KaZaA | Eminem - 14 - Hailies Song - music-madness (1).mp3 | Eminem | 3,131KB | Audio | |
| kazaaliteuser@KaZaA | Mya - Movin On.mp3 | Mya | 4,217KB | Audio | |
| kazaaliteuser@KaZaA | Bob Seger - Roll Me Away.mp3 | Bob Seger | 4,375KB | Audio | |
| kazaaliteuser@KaZaA | Bobby Darin - Beyond the Sea.mp3 | Bobby Darin | 2,704KB | Audio | |
| kazaaliteuser@KaZaA | Lauren Hill - X Factor.mp3 | Lauren Hill | 5,102KB | Audio | |
| kazaaliteuser@KaZaA | R. Kelly - Bump N Grind (Old School Remix).mp3 | R. Kelly | 4,128KB | Audio | Bur |
| kazaaliteuser@KaZaA | HIP HOP - Tupac, Jon B - R U Still Down (acapella).mp3 | 2Pac, Jon B | 4,870KB | Audio | R U S |

Found 754 files | 2,579,756 users online, sharing 805,881,390 files (9,758,208 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| kazaaliteuser@KaZaA | R. Kelly - Bump N Grind (Old School Remix).mp3 | R. Kelly | 4,128KB | Audio | Bur |
| kazaaliteuser@KaZaA | HIP HOP -Tupac _Jon B ~R U Still Down (acapella).mp3 | 2Pac _Jon B | 4,870KB | Audio | R U S |
| kazaaliteuser@KaZaA | Trisha Yearwood - How Do I Live.mp3 | Trisha Yearwood | 3,791KB | Audio | |
| kazaaliteuser@KaZaA | Trisha Yearwood - Down On My Knees.mp3 | Trisha Yearwood | 3,670KB | Audio | [ |
| kazaaliteuser@KaZaA | Trisha Yearwood - Walk Away Joe.mp3 | Trisha Yearwood | 4,076KB | Audio | |
| kazaaliteuser@KaZaA | Martina Mcbride - Wild Angels.mp3 | Martina McBride | 3,514KB | Audio | |
| kazaaliteuser@KaZaA | Aaliya - The One I Gave My Heart To.mp3 | Aaliyah | 4,194KB | Audio | The One I |
| kazaaliteuser@KaZaA | Kidd Rock - Cowboy.mp3 | Kid Rock | 3,022KB | Audio | |
| kazaaliteuser@KaZaA | Martina Mcbride - Broken Wings.mp3 | Martina McBride | 3,367KB | Audio | |
| kazaaliteuser@KaZaA | Martina Mcbride - Independence Day.mp3 | Martina McBride | 3,201KB | Audio | |
| kazaaliteuser@KaZaA | Martina McBride - Whatever You Say.mp3 | Martina McBride | 4,220KB | Audio | |
| kazaaliteuser@KaZaA | Deana Carter - Strawberry Wine.mp3 | Deanna Carter | 3,987KB | Audio | |
| kazaaliteuser@KaZaA | Deanna Carter - We Danced Anyway.mp3 | Deanna Carter | 2,769KB | Audio | W |
| kazaaliteuser@KaZaA | 02 - Why Does In Hurt So Bad - Whitney Houston.mp3 | Whitney Houston | 4,300KB | Audio | Why [ |
| kazaaliteuser@KaZaA | Billy Joel - Greatest Hits Vol. 1 (1973-1977) - 01 - Piano Ma... | Billy Joel | 2,613KB | Audio | |
| kazaaliteuser@KaZaA | COOKER, JOE - Unchain My Heart (90's version).mp3 | Joe Cocker | 4,810KB | Audio | Unchain My |
| kazaaliteuser@KaZaA | toby keith- whos your daddy.MP3 | Toby Keith | 1,616KB | Audio | |
| kazaaliteuser@KaZaA | slow jams-AALIYA-how could.mp3 | Aaliyah | 4,185KB | Audio | The ( |
| kazaaliteuser@KaZaA | Toby Keith - I Miss Billy The Kid.mp3 | Toby Keith | 2,961KB | Audio | |
| kazaaliteuser@KaZaA | Always - Saliva.mpg | Saliva | 38,904KB | Video | |
| kazaaliteuser@KaZaA | Toby Keith - How Do You Like Me Now.mp3 | Toby Keith | 3,264KB | Audio | How D |
| kazaaliteuser@KaZaA | Whitney Houston - I Learned From The Best.mp3 | Whitney Houston | 4,067KB | Audio | I lea |
| kazaaliteuser@KaZaA | Toby Keith - Thats My House.MP3 | Toby Keith | 4,560KB | Audio | |
| kazaaliteuser@KaZaA | Toby Keith - We Were In Love.mp3 | Country | 4,067KB | Audio | |
| kazaaliteuser@KaZaA | aaliyah-_miss-you_.mp3 | Aaliyah | 3,785KB | Audio | |
| kazaaliteuser@KaZaA | Amanda Perez - Angel.mp3 | Amanda Perez | 3,443KB | Audio | |
| kazaaliteuser@KaZaA | Akinyele-Put It in my mouth.mp3 | Lil'kim | 2,376KB | Audio | |
| kazaaliteuser@KaZaA | Willie Nelson - Always On My Mind.mp3 | Willie Nelson | 3,343KB | Audio | |
| kazaaliteuser@KaZaA | Willy Nelson - Angel Flyin.mp3 | Willie Nelson | 4,160KB | Audio | Angel Flying Too Cl |
| kazaaliteuser@KaZaA | 003 I Got High.mp3 | Memphis Bleek | 5,133KB | Audio | |

Found 754 files | 2,579,756 users online, sharing 805,881,390 files (9,758,208 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| kazaaliteuser@KaZaA | Willy Nelson - Angel Flyin.mp3 | Willie Nelson | 4,160KB | Audio | Angel Flying Too Cl |
| kazaaliteuser@KaZaA | 003 I Get High.mp3 | Memphis Bleek | 5,133KB | Audio | |
| kazaaliteuser@KaZaA | 06 - She Hates Me.mp3 | Puddle of Mudd | 3,384KB | Audio | She |
| kazaaliteuser@KaZaA | Whitney Houston - I Will Always Love You.mp3 | Whitney Houston | 4,266KB | Audio | I W |
| kazaaliteuser@KaZaA | Whitney Houston _Cece Winans - Count On Me.mp3 | Whitney Houston | 4,163KB | Audio | |
| kazaaliteuser@KaZaA | Billy Joel - Scenes From An Italian Restaurant.mp3 | Billy Joel | 7,079KB | Audio | Scenes From An |
| kazaaliteuser@KaZaA | Tupac - All About You.mp3 | 2Pac | 4,297KB | Audio | |
| kazaaliteuser@KaZaA | Barry White...- Lets get it on.mp3 | Marvin Gaye | 4,594KB | Audio | |
| kazaaliteuser@KaZaA | Tupac - Changes.mp3 | 2pac | 4,208KB | Audio | |
| kazaaliteuser@KaZaA | Barry White - Kiss And Say Goodbye.mp3 | Barry White | 3,319KB | Audio | Kiss |
| kazaaliteuser@KaZaA | Barry White - You Sexy Thing.mp3 | Barry White | 3,096KB | Audio | |
| kazaaliteuser@KaZaA | Bennie Man feat. Mya ~ If I Could Be Your Girl.mp3 | Beenie Man (feat Mya) | 3,526KB | Audio | If |
| kazaaliteuser@KaZaA | Camron-D Rugs2-oh boy.mp3 | CAMRON FEAT JUELZ | 2,826KB | Audio | |
| kazaaliteuser@KaZaA | Not Goin' Cry - Mary J. Blige-waiting to exhale-original sou... | waiting to exhale | 3,556KB | Audio | Not goin |
| kazaaliteuser@KaZaA | Barry White - Ally McBeal.mp3 | Barry White | 3,264KB | Audio | |
| 2 Users | Blues Image - Ride Captain Ride.mp3 | Blues Image | 3,438KB | Audio | |
| kazaaliteuser@KaZaA | Osbourne, Kelly - Papa Don't Preach (from radio) (1) (1) (1... | Kelly Ozbourne | 3,065KB | Audio | P |
| kazaaliteuser@KaZaA | Notorious BIG featuring Jodeci - Im Fucking You Tonight.m... | R. Kelly _Notorious BIG | 5,399KB | Audio | I'm F |
| kazaaliteuser@KaZaA | Jackson Brown - Runnin On Empty.mp3 | Jackson Browne | 5,139KB | Audio | |
| kazaaliteuser@KaZaA | Baby Face - Nobody Knows It But Me.mp3 | Babyface | 4,785KB | Audio | Nobod |
| kazaaliteuser@KaZaA | Mya Feat. Jay-Z - Best Of Me Part 2 (Holla Remix Main).m... | Mya _Jay-Z | 1,600KB | Audio | |
| kazaaliteuser@KaZaA | Berry White - Can't Get Enough Of Your Love.mp3 | Barry White | 3,214KB | Audio | Can't Get Er |
| kazaaliteuser@KaZaA | Billy Joel - For the Longest Time.mp3 | Billy Joel | 3,403KB | Audio | Fc |
| kazaaliteuser@KaZaA | Billy Joel - Uptown Girl.mp3 | Billy Joel | 3,074KB | Audio | |
| kazaaliteuser@KaZaA | Billy Joel - She's Got A Way.mp3 | Billy Joel | 2,824KB | Audio | |
| kazaaliteuser@KaZaA | Now and Then Soundtrack - Stevie Wonder - Signed, Seale... | Stevie Wonder | 2,506KB | Audio | Signed, Sealed, I |
| kazaaliteuser@KaZaA | Waiting To Exhale Soundtrack- Whitney Houston- 02 Why ... | Whitney Houston | 3,264KB | Audio | Why D |
| kazaaliteuser@KaZaA | Now and Then Soundtrack - Then He Kissed Me.mp3 | Crystals | 2,431KB | Audio | |
| kazaaliteuser@KaZaA | Waiting To Exhale Soundtrack- Toni Braxton- 03 Let It Flow... | Toni Braxton | 3,150KB | Audio | |
| 2 Users | Now and Then Soundtrack - Knock three Times.mp3 | Now and Then Soundtrack | [illegible] | Audio | |

Found 754 files | 2,579,756 users online, sharing 805,881,390 files (9,758,208 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| kazaaliteuser@KaZaA | Waiting To Exhale Soundtrack- Toni Braxton- 03 Let It Flow.. | Toni Braxton | 3,150KB | Audio | |
| 2 Users | Now and Then Soundtrack- Knock three Times.mp3 | Now and Then Soundtrack | 2,840KB | Audio | |
| kazaaliteuser@KaZaA | Now and Then Soundtrack- Sugar Sugar.mp3 | The Archies | 2,623KB | Audio | |
| kazaaliteuser@KaZaA | Richard Marx- Can't help falling in love (1).mp3 | Richard Marx | 2,582KB | Audio | Can't I |
| kazaaliteuser@KaZaA | Carpenters - Now And Then - One Fine Day.mp3 | Carpenters | 1,608KB | Audio | |
| kazaaliteuser@KaZaA | Now and Then Soundtrack - Freda Payne - Band Of Gold.m... | Freda Payne | 2,720KB | Audio | |
| kazaaliteuser@KaZaA | Acid Jazz - United Future Organization - Moondance.mp3 | United Future Organizati... | 4,164KB | Audio | |
| kazaaliteuser@KaZaA | Oldies-Temptations-Build Me Up Butter Cup (1).mp3 | Now and Then Archies | 2,804KB | Audio | Build Me I |
| kazaaliteuser@KaZaA | Joe Cocker - When a Man Loves a Woman.mp3 | Burton Cummings | 2,742KB | Audio | When A M |
| kazaaliteuser@KaZaA | Joe Cocker- You are so Beautiful to Me.mp3 | Joe crocker | 2,201KB | Audio | You are |
| kazaaliteuser@KaZaA | Theme - The Wonder Years - Little Help From My Friends (J... | Joe Cocker | 4,768KB | Audio | Little h |
| kazaaliteuser@KaZaA | Monica - Angel of Mine.mp3 | Monica | 3,909KB | Audio | |
| kazaaliteuser@KaZaA | Joe Cocker feat Jennifer Rush- Love Lift Us Up Where We ... | Jennifer Rush | 3,269KB | Audio | Love Lift Us Up |
| kazaaliteuser@KaZaA | kelly_osborne_papdontpreach.mp3 | Ozzy Ozbourne | 3,236KB | Audio | |
| kazaaliteuser@KaZaA | Eminem - Without Me (Very Real Version).mp3 | Eminem | 4,930KB | Audio | |
| kazaaliteuser@KaZaA | 06 - Lay Lady Lay.mp3 | Bob Dylan | 4,713KB | Audio | |
| kazaaliteuser@KaZaA | Bob Dylan - Bringing It All Back Home - 08 - Mr. Tambourine.. | Bob Dylan | 5,080KB | Audio | M |
| kazaaliteuser@KaZaA | Dave Mathews Band - Ants Marching (1).mp3 | Dave Matthews Band | 4,521KB | Audio | |
| kazaaliteuser@KaZaA | Garth Brooks _Trisha Yearwood - In Anothers Eyes.mp3 | Garth Brooks _Trisha Yea... | 3,344KB | Audio | |
| kazaaliteuser@KaZaA | Mary Chapin Carpenter - He Thinks He'll Keep Her.mp3 | Mary Chapin Carpenter | 3,800KB | Audio | He Tł |
| kazaaliteuser@KaZaA | Bob Dylan - Everybody Must Get Stoned.mp3 | Bob Dylan | 4,295KB | Audio | Everyboc |
| kazaaliteuser@KaZaA | Martina_mcbride--baby loves me just the way i am.mp3 | Martina Mcbride | 2,448KB | Audio | baby loves m |
| kazaaliteuser@KaZaA | Love - Deana Carter - That's How You Know It's Love.mp3 | Deanna Carter | 4,184KB | Audio | That's How |
| kazaaliteuser@KaZaA | Deanna Carter - Before We Ever Heard Goodbye.mp3 | Deana Carter | 3,546KB | Audio | Before We E\ |
| kazaaliteuser@KaZaA | Toby Keith - i wanna talk about me (1).mp3 | Tobey Keith | 1,438KB | Audio | I Wa |
| kazaaliteuser@KaZaA | DEANA CARTER - I'v loved enough to know.mp3 | Deanna Carter | 3,177KB | Audio | I've Love |
| kazaaliteuser@KaZaA | Toby Keith - Courtesy Of The Red, White And Blue (Angry... | Toby Keith | 6,030KB | Audio | Courtesy Of The R |
| kazaaliteuser@KaZaA | Willie Nelson _Lee Ann Womack - Mendocino County Line.... | Willie Nelson _Lee Ann ... | 4,256KB | Audio | Men |
| kazaaliteuser@KaZaA | Willie Nelson _Waylon Jennings - A Good Hearted Woman... | Willie Nelson _Waylon Je... | 2,836KB | Audio | Goo |

Found 754 files | 2,579,756 users online, sharing 805,881,390 files (9,758,208 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| kazaaliteuser@KaZaA | Willie Nelson _Waylon Jennings - A Good Hearted Woman... | Willie Nelson _Waylon Je... | 2,836KB | Audio | Goc |
| kazaaliteuser@KaZaA | Willie Nelson - Blue Eyes Crying in the Rain.mp3 | Willie Nelson | 2,216KB | Audio | |
| kazaaliteuser@KaZaA | Mya - Case of the Ex.mp3 | Mya | 3,698KB | Audio | |
| kazaaliteuser@KaZaA | Barry White - Can't Get Enough Of Your Love Baby.mp3 | Barry White | 4,295KB | Audio | Can't Get En |
| kazaaliteuser@KaZaA | 13-Eminem-Superman-DMB.mp3 | Eminem | 5,477KB | Audio | |
| kazaaliteuser@KaZaA | Khia - MY NECK MY BACK (DIRTY VERSION).mp3 | Khia | 3,464KB | Audio | My Neck My E |
| kazaaliteuser@KaZaA | Country-Toby Keith - Should've Been A Cowboy by Toby Ke.. | Toby Keith | 3,304KB | Audio | Should've Been a Cov |
| kazaaliteuser@KaZaA | Trisha Yearwood - She's In Love With the Boy.mp3 | Trisha Yearwood | 2,878KB | Audio | She's In |
| kazaaliteuser@KaZaA | Temptations - Just My Imagination.mp3 | The Temptations | 3,612KB | Audio | J |
| kazaaliteuser@KaZaA | Temptations - Lean on Me (1).mp3 | Temptations | 3,550KB | Audio | |
| kazaaliteuser@KaZaA | Guess Who - Green-Eyed Lady.mp3 | The Guess Who | 4,174KB | Audio | |
| kazaaliteuser@KaZaA | DMX, Jadakiss, Styles, Drag-on _Eve - Ruff Ryders Anth... | DMX, Jadakiss, Styles, DJ... | 3,631KB | Audio | Ruff Ryc |
| 2 Users | Paul McCartney - No More Lonely Nights (1).mp3 | Paul McCartney And Wings | 4,498KB | Audio | No |
| kazaaliteuser@KaZaA | engelbert humperdinck - Too Beautiful To Last.mp3 | artist | 2,882KB | Audio | Too Beautiful To Last - Engi |
| kazaaliteuser@KaZaA | Paul McCartney _Wings - The Back Seat Of My Car.mp3 | Paul McCartney | 4,218KB | Audio | The Ba |
| 2 Users | aaron-the beatles- Yesterday.mp3 | Beatles | 2,398KB | Audio | |
| kazaaliteuser@KaZaA | My love-Paul McArtney and Wings (2).mp3 | Paul McCartney and Wings | 3,898KB | Audio | |
| kazaaliteuser@KaZaA | paul mccartney _wings - You Gave Me The Answer (1).mp3 | Paul Mccartney And Wings | 2,174KB | Audio | You Ga |
| kazaaliteuser@KaZaA | Billy Joel - Goodnight Saigon.mp3 | Billy Joel | 6,571KB | Audio | |
| kazaaliteuser@KaZaA | Bob Segar - We've Got Tonight.mp3 | Bob Seger | 4,366KB | Audio | |
| kazaaliteuser@KaZaA | Bob Segar - Like A Rock.mp3 | Bob Seger | 5,546KB | Audio | |
| kazaaliteuser@KaZaA | Billy Joel _Paul McCartney - Let it Be (Live).mp3 | Billy Joel | 4,830KB | Audio | |
| kazaaliteuser@KaZaA | Bob Seger - Night Moves.mp3 | Bob Seger | 5,098KB | Audio | |
| kazaaliteuser@KaZaA | Bob Seger - Against The Wind.mp3 | Bob Seger | 5,217KB | Audio | |
| kazaaliteuser@KaZaA | Kris Kristofferson - For the Good Times.mp3 | Kris Kristofferson | 3,235KB | Audio | F |
| kazaaliteuser@KaZaA | Kris Kristopherson = Loving Her Was Easier.mp3 | Kris Kristofferson _Rita ... | 2,666KB | Audio | Loving Her Was Easier (Than Anyt |
| kazaaliteuser@KaZaA | Gordon Lightfoot - Brandy You're A Fine Girl.mp3 | Looking Glass | 2,896KB | Audio | Brandy |
| kazaaliteuser@KaZaA | Oasis _Paul Mccartney--Ringo Star--George--Harrison__... | George Harrison | 2,062KB | Audio | Woman (a Tribut |
| kazaaliteuser@KaZaA | Paul Simon and Garfunkle - Bridge Over Troubled Waters.... | Simon and Garfunkel | 4,612KB | Audio | Bridge Ove |
| kazaaliteuser@KaZaA | Paul Mccartney Wings - Baby I'm Amazed (1).mp3 | Paul McCartney And Wings | 2,617KB | Audio | |

Found 754 files | 2,579,756 users online, sharing 805,881,390 files (9,758,208 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| kazaaliteuser@KaZaA | Paul Simon and Garfunkle - Bridge Over Troubled Waters.... | Simon and Garfunkel | 4,612KB | Audio | Bridge Ove |
| kazaaliteuser@KaZaA | Paul Mcartney _Wings - Baby I'm Amazed (1).mp3 | Paul McCartney And Wings | 3,617KB | Audio | |
| kazaaliteuser@KaZaA | Paul McCartney-The Long and Winding Road (Live).mp3 | Paul McCartney | 3,376KB | Audio | The Long and V |
| kazaaliteuser@KaZaA | Evanessence - Bring Me To Life.mp3 | Evanessence | 4,676KB | Audio | |
| kazaaliteuser@KaZaA | Tim Mcgraw - I'm Amazed By You.mp3 | Lonestar | 3,658KB | Audio | |
| kazaaliteuser@KaZaA | 01-50_cent_in_the_club_dirty-cms - Dec 07, 2002 21.56.1... | fifty cent | 5,214KB | Audio | In da club |
| kazaaliteuser@KaZaA | Tupac - How Do You Want It.mp3 | Tu Pac | 4,482KB | Audio | H |
| kazaaliteuser@KaZaA | 50 Cent - Wangsta.mp3 | Fifty Cent | 3,179KB | Audio | |
| kazaaliteuser@KaZaA | (05) Trina - B R Right ft. Ludacris.wma | Trina and Ludacris | 2,582KB | Audio | |
| kazaaliteuser@KaZaA | Overture From Tommy - Assembled Multitude - 1970.mp3 | The Assembled Multitude | 2,383KB | Audio | Overture From |
| kazaaliteuser@KaZaA | Seether - Fine Again.mp3 | Seether | 5,720KB | Audio | |
| kazaaliteuser@KaZaA | Trick Daddy, Trina, _Tha SNS Express - Take It To Da Hou... | C_K | 3,584KB | Audio | Tal |
| kazaaliteuser@KaZaA | Lil Troy - Wanna be a Baller.mp3 | Lil Troy | 3,432KB | Audio | |
| kazaaliteuser@KaZaA | nas - Emdashcee Hook Ups.mp3 | Nas | 5,578KB | Audio | |
| kazaaliteuser@KaZaA | Akinyele-Fuck Me For Free.mp3 | Akinyele | 2,664KB | Audio | |
| kazaaliteuser@KaZaA | Lilzane - callin me.mp3 | Lil' Zane and 112 | 2,704KB | Audio | |
| kazaaliteuser@KaZaA | Jay _The Americans - Some Enchanted Evening.mp3 | Jay And The Americans | 2,124KB | Audio | Some I |
| kazaaliteuser@KaZaA | Bruce Springstien - Hungary Heart.MP3 | Bruce Springstein | 3,306KB | Audio | |
| kazaaliteuser@KaZaA | Goo Goo Dolls - Here Is Gone - [#googoodolls on efnet] (1).. | Goo Goo Dolls | 2,917KB | Audio | |
| kazaaliteuser@KaZaA | Bruce Springsteen - Secret Garden.mp3 | Bruce Springsteen | 4,214KB | Audio | |
| kazaaliteuser@KaZaA | U2 and Bruce Springsteen - Stand By Me (Rare).mp3 | Bruce Springsteen | 4,186KB | Audio | S |
| kazaaliteuser@KaZaA | Bruce Springstien - My Hometown.mp3 | Bruce Springsteen | 3,977KB | Audio | |
| kazaaliteuser@KaZaA | Bruce Springsteen - Tunnel Of Love.mp3 | Bruce Springsteen | 4,919KB | Audio | |
| kazaaliteuser@KaZaA | Bruce Springsteen - Nebraska - 10 - Reason To Believe.mp3 | Bruce Springsteen | 3,904KB | Audio | |
| kazaaliteuser@KaZaA | GHOSTFACEKILLA_MARYJBLIGE-ALL THAT I GOT IS YOU.... | Ghostface Killah/Mary J. Bl.. | 5,032KB | Audio | |
| kazaaliteuser@KaZaA | Temptations - Just My Imagination (1).mp3 | The Temptations | 3,612KB | Audio | J |
| kazaaliteuser@KaZaA | The Lucky One- Allison Kraus.mp3 | Alison Kraus and Union St... | 2,976KB | Audio | |
| kazaaliteuser@KaZaA | Rightous Brothers - You've Lost That Loving Feeling.mp3 | Righteous Brothers | 3,066KB | Audio | Youve Lost |
| kazaaliteuser@KaZaA | Temptations - I heard It Through The Grape Vine.mp3 | The Temptations | 3,077KB | Audio | |
| kazaaliteuser@KaZaA | Allison Kraus Union Station - Let Me Touch You For Awhil | Alison Krauss + Union Stat | 3,154KB | Audio | Let Me To |

Found 754 files | 2,579,756 users online, sharing 805,881,390 files (9,758,208 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| kazaaliteuser@KaZaA | Temptations - I heard It Through The Grape Vine.mp3 | The Temptations | 3,077KB | Audio | |
| kazaaliteuser@KaZaA | Allison Kraus_Union Station - Let Me Touch You For Awhil... | Alison Krauss + Union Stat.. | 3,154KB | Audio | Let Me To |
| kazaaliteuser@KaZaA | elton john songs - I Want Love.mp3 | Elton John | 6,471KB | Audio | |
| kazaaliteuser@KaZaA | Elton John - Funeral For A Friend.mp3 | Elton John | 10,437KB | Audio | Fr |
| kazaaliteuser@KaZaA | Kinks - Come Dancin.mp3 | Kinks | 3,700KB | Audio | |
| kazaaliteuser@KaZaA | Three Doors Down - Loser.mp3 | 3 Doors Down | 4,139KB | Audio | |
| kazaaliteuser@KaZaA | Someone left the cake out in the rain-Richard Harris - MacA.. | Richard Harris-MacArthur... | 2,456KB | Audio | |
| kazaaliteuser@KaZaA | Art Garfunkle - Second Avenue.mp3 | Art Garfunkel | 2,627KB | Audio | |
| kazaaliteuser@KaZaA | Paul Simon - You Can Call Me Al.mp3 | Paul Simon | 4,379KB | Audio | |
| kazaaliteuser@KaZaA | 18 - Hottest Of The Hot (Remix) (1).mp3 | B.G. A.K.A. B. Gizzle | 2,842KB | Audio | Hottest ( |
| kazaaliteuser@KaZaA | Christina Milian - Call Me Beep Me If You Want To Reach Me.. | AL | 1,779KB | Audio | Call Me Beep Me If You Want To Re |
| kazaaliteuser@KaZaA | Brandy - Have You Ever.mp3 | Brandy | 4,257KB | Audio | |
| kazaaliteuser@KaZaA | Andrew Gold - Lonely Boy.mp3 | Andrew Gold | 3,776KB | Audio | |
| kazaaliteuser@KaZaA | foxy brown - 07 - candy feat kelis.mp3 | Foxy Brown ft kelis | 3,494KB | Audio | i t |
| kazaaliteuser@KaZaA | camron - horse _carriage.mp3 | Camron and Mase | 3,757KB | Audio | |
| kazaaliteuser@KaZaA | RZA feat. Ghostface Killah _Dr. Doom - Holocaust.mp3 | RZA as Bobby Digital | 4,928KB | Audio | H |
| kazaaliteuser@KaZaA | Goo Goo Dolls - Black Balloon.mp3 | Goo Goo Dolls | 3,890KB | Audio | |
| kazaaliteuser@KaZaA | MethodMan featuring Mary J.Blige - I'll be There for You.m... | Method Man and Mary J Bl.. | 4,776KB | Audio | I' |
| kazaaliteuser@KaZaA | REM - Man On The Moon.mp3 | REM | 4,909KB | Audio | |
| kazaaliteuser@KaZaA | Goo Goo Dolls - Black Balloon (1).mp3 | Goo Goo Dolls | 2,925KB | Audio | |
| kazaaliteuser@KaZaA | Alien Ant Farm - Smooth Criminal.mp3 | Alien Ant Farm | 3,468KB | Audio | |
| kazaaliteuser@KaZaA | Dixie Chicks - Without You.mp3 | Dixie Chicks | 3,273KB | Audio | |
| kazaaliteuser@KaZaA | system of a down - Chop Suey.mp3 | System Of A Down | 4,937KB | Audio | |
| kazaaliteuser@KaZaA | Bruce Springsteen - Brilliant Disguise (Acoustic Live).mp3 | Bruce Springsteen | 5,385KB | Audio | Brilliant Disg |
| kazaaliteuser@KaZaA | Goo Goo Dolls - Iris.mp3 | Goo Goo Dolls | 4,558KB | Audio | |
| kazaaliteuser@KaZaA | Goo Goo Dolls - Name.mp3 | Goo Goo Dolls | 4,205KB | Audio | |
| kazaaliteuser@KaZaA | Goo Goo Dolls - Slide.mp3 | Goo Goo Dolls | 3,315KB | Audio | |
| kazaaliteuser@KaZaA | 2pac Greatest Hits - Tupac Shakur - Life Goes On.mp3 | Tupac | 2,144KB | Audio | |
| kazaaliteuser@KaZaA | SR71- Right Now.mp3 | SR71 | 1,318KB | Audio | |

Found 754 files | 2,579,756 users online, sharing 805,881,390 files (9,758,208 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| kazaaliteuser@KaZaA | SR71- Right Now.mp3 | SR71 | 1,318KB | Audio | |
| kazaaliteuser@KaZaA | JohnnyRzeznik - Im Stil lHere (the new one).mp3 | Johnny Rzeznik | 3,875KB | Audio | |
| kazaaliteuser@KaZaA | Maya _Wyclef Jean - Ghetto Superstar.mp3 | Mya | 3,885KB | Audio | |
| kazaaliteuser@KaZaA | An Innocent Man.mp3 | Billy Joel | 3,808KB | Audio | |
| kazaaliteuser@KaZaA | Saliva - Always.mp3 | Saliva | 5,428KB | Audio | |
| kazaaliteuser@KaZaA | DMX-JZ money cash hoes .mp3 | Jay-Z feat. DMX | 2,793KB | Audio | M |
| kazaaliteuser@KaZaA | Brian Adams - Everything IDo.mp3 | Bryan Adams | 5,320KB | Audio | |
| kazaaliteuser@KaZaA | Foxy Brown - Hot Spot (1).mp3 | FoxY BrowN | 3,628KB | Audio | |
| kazaaliteuser@KaZaA | Bryan Adams - Please Forgive Me.mp3 | Bryan Adams | 5,552KB | Audio | |
| kazaaliteuser@KaZaA | Tupac - Toss It Up.mp3 | Tupac | 4,785KB | Audio | |
| kazaaliteuser@KaZaA | Bryan Adams - Straight From The Heart.mp3 | Bryan Adams | 3,266KB | Audio | Straig |
| kazaaliteuser@KaZaA | JC Superstar 10 - Everythin.mp3 | Andrew Lloyd Webber an... | 4,580KB | Audio | E |
| kazaaliteuser@KaZaA | Troggs - Love Is All Around Us.mp3 | Troggs | 2,772KB | Audio | Lo |
| kazaaliteuser@KaZaA | Don McLean - American Pie.mp3 | Don McLean | 8,004KB | Audio | |
| kazaaliteuser@KaZaA | Lifehouse - Somewhere In Between.mp3 | Lifehouse | 3,978KB | Audio | Some |
| kazaaliteuser@KaZaA | Stroke 9 - Kick Some Ass.mp3 | Stroke 9 | 3,888KB | Audio | |
| kazaaliteuser@KaZaA | 04-aaliyah-more_than_a_woman.mp3 | aaliyah | 3,592KB | Audio | m |
| kazaaliteuser@KaZaA | Alliyah - One In A Million.mp3 | Aaliyah | 3,084KB | Audio | |
| kazaaliteuser@KaZaA | SR 71 - Kick Me When I'm High.mp3 | SR71 | 2,000KB | Audio | Ki |
| kazaaliteuser@KaZaA | Brandy - Almost Doesn't Count.mp3 | Brandy | 3,398KB | Audio | Alr |
| kazaaliteuser@KaZaA | Brandi _Mace - Sittin On Top Of The World .mp3 | Brandy f/ Mase | 4,385KB | Audio | Sittin o |
| kazaaliteuser@KaZaA | Lifehouse - Breathing.mp3 | Lifehouse | 4,342KB | Audio | |
| kazaaliteuser@KaZaA | Bush - Glycerine.mp3 | Bush | 4,057KB | Audio | |
| kazaaliteuser@KaZaA | Steve Miller Band - Midnight Toker.mp3 | Steve Miller Band | 2,406KB | Audio | |
| kazaaliteuser@KaZaA | My Best Friends Wedding - Amanda Marshall - I'll Be Okay.... | Various Artists | 3,498KB | Audio | I'll Be Okay |
| kazaaliteuser@KaZaA | 04 Ginuwine - So Anxious.mp3 | 04 Ginuwine | 4,310KB | Audio | |
| kazaaliteuser@KaZaA | Bush - Come Down.mp3 | Bush | 5,091KB | Audio | |
| kazaaliteuser@KaZaA | Sara Mclaughlin - Ange1.mp3 | Sarah McLachlan | 4,219KB | Audio | |
| kazaaliteuser@KaZaA | 01-r_kelly-ignition_(remix)-cms.mp3 | R Kelly | 4,430KB | Audio | |

Found 754 files | 2,579,756 users online, sharing 805,881,390 files (9,758,208 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| kazaaliteuser@KaZaA | 01-r_kelly-ignition_(remix)-cms.mp3 | R Kelly | 4,430KB | Audio | |
| kazaaliteuser@KaZaA | Nas-Made_You_Look - Oct 03, 2002 17.39.30.mp3 | Nas | 3,758KB | Audio | Na |
| kazaaliteuser@KaZaA | (10) Smilez And Southstar - Tell Me.mpg | Smilez And Southstar | 2,747KB | Video | |
| kazaaliteuser@KaZaA | 504 Boys- Wobble Wobble.mp3 | Hot Boyz | 4,246KB | Audio | |
| kazaaliteuser@KaZaA | SOLE.feat.GINUWINE - It.Wasn't.Me.mp3 | Sole feat. Ginuwine | 4,990KB | Audio | |
| kazaaliteuser@KaZaA | Q-tip - Breath -N- Stop.mpg | Q-Tip | 39,323KB | Video | |
| kazaaliteuser@KaZaA | Three Doors Down - When I'm Gone.mp3 | Three Doors Down | 3,778KB | Audio | |
| kazaaliteuser@KaZaA | 3 Doors Down - Duck and Run.mp3 | Three Doors Down | 3,606KB | Audio | |
| kazaaliteuser@KaZaA | ROCK THE BOAT.MP3 | Aaliyah | 1,866KB | Audio | |
| kazaaliteuser@KaZaA | Bon Jovi - I'll Be There For You.mp3 | Bon Jovi | 5,338KB | Audio | I' |
| kazaaliteuser@KaZaA | Puffdaddy _RKelly - Satisfy you.mp3 | Puff Daddy Feat. R.kelly | 4,465KB | Audio | |
| kazaaliteuser@KaZaA | P. Diddy ft. Usher - I Need A Girl.mp3 | P.Diddy ft Usher | 6,386KB | Audio | |
| kazaaliteuser@KaZaA | REMIXES-Nelly feat. Tupac and Nas - E.I. (remix).mp3 | Nelly ft.2Pac and Nas | 5,570KB | Audio | |
| kazaaliteuser@KaZaA | Tamia and Fabolous-So In2 U(remix).mp3 | tamia and fabolous | 6,429KB | Audio | |
| kazaaliteuser@KaZaA | Baby and P. Diddy - Do That.mpg | Baby ft. P.Diddy | 3,846KB | Video | |
| kazaaliteuser@KaZaA | puff daddy ft r kelly - satisfy you.mp3 | Puff Daddy w/R Kelly | 6,732KB | Audio | |
| kazaaliteuser@KaZaA | Foxy Brown _Jay Z - I'll Be (dirty).mp3 | Foxy Brown _Jay Z | 2,798KB | Audio | |
| kazaaliteuser@KaZaA | Foxy Brown, Blackstreet - Gotta Get You Home Tonight.mp3 | Foxy Brown | 3,552KB | Audio | Gotta Get |
| kazaaliteuser@KaZaA | 112 - Peaches And Cream (Feat Ludacris) (1).mp3 | 112, Ludacris | 4,458KB | Audio | Peache |
| kazaaliteuser@KaZaA | Aaliyah _Twista- Are you that somebody [phat remix].mp3 | Aaliyah | 4,165KB | Audio | Are You That |
| kazaaliteuser@KaZaA | Genuine - Ride My Pony.mp3 | Ginuwine | 3,936KB | Audio | |
| kazaaliteuser@KaZaA | ginuwine - the life - 04 - Differences.mp3 | Ginuwine | 2,079KB | Audio | |
| kazaaliteuser@KaZaA | Lovin Spoonful - She's Still A Mystery.mp3 | Lovin Spoonful | 3,642KB | Audio | S |
| kazaaliteuser@KaZaA | Christina Aguilera - Fighter (Full).mp3 | Christina Aguilera | 962KB | Audio | |
| kazaaliteuser@KaZaA | Bon Jovi - I'd Die For You.mp3 | Bon Jovi | 4,236KB | Audio | |
| kazaaliteuser@KaZaA | Field Mob - Sick Of Being Lonely.mp3 | Feild Mob | 3,626KB | Audio | I'm So S |
| kazaaliteuser@KaZaA | Aaliyah - 4 Page Letter (Timbaland's Main Mix).mp3 | Aaliyah | 4,301KB | Audio | |
| kazaaliteuser@KaZaA | ANDHC_FULL.mp3 | Celine Dion | 3,871KB | Audio | A new |
| kazaaliteuser@KaZaA | Jodeci ft. Ginuwine - Freakin You (Remix).mp3 | Jodeci _Ginuwine | 4,844KB | Audio | F |

Found 754 files | 2,579,756 users online, sharing 805,881,390 files (9,758,208 GB) | Not sharing any files