Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| kazaaliteuser@KaZaA | Jodeci ft. Ginuwine - Freakin You (Remix).mp3 | Jodeci_Ginuwine | 4,844KB | Audio | F |
| kazaaliteuser@KaZaA | 112 - Anywhere.mp3 | 112 | 3,841KB | Audio | |
| kazaaliteuser@KaZaA | Notorious BIG feat. 112 - The Sky Is The Limit.mp3 | Biggie Smalls | 4,526KB | Audio | T |
| kazaaliteuser@KaZaA | ja_rule_feat_bobby_brown-01-thug_luvin.mp3 | Ja Rule ft. Bobby Brown | 4,405KB | Audio | |
| kazaaliteuser@KaZaA | Copy (2) of (Sole ft_ JT Money_Kandi)-4, 5, 6.mp3 | Sole ft. JT Money_Kandi | 4,000KB | Audio | |
| kazaaliteuser@KaZaA | 01-b2k_feat_pdiddy-bump_bump_bump_(radio_edit)-gsm.... | B2K ft. P. Diddy | 5,503KB | Audio | I |
| kazaaliteuser@KaZaA | 17 Ja rule -Venni Vetti Vecci - - Race Against Time.mp3 | Ja Rule | 4,432KB | Audio | |
| kazaaliteuser@KaZaA | JLo F. Ja rule Aint it funny remix.mp3 | JLo and Ja Rule | 3,205KB | Audio | Ain't |
| kazaaliteuser@KaZaA | J lo and Nas - I'm Gonna Be Alright.mp3 | J lo and Nas | 2,606KB | Audio | I' |
| kazaaliteuser@KaZaA | Cam'ron feat. Ludacris, Trina, UGK - What Means the Worl... | Camron feat Trina UGK_... | 4,195KB | Audio | What Means the W |
| kazaaliteuser@KaZaA | Fabolous ft. Jagged Edge and P. Diddy- Trade It All Remix... | Fabolous feat P. Diddy | 5,566KB | Audio | |
| kazaaliteuser@KaZaA | 3LW Feat. P. Diddy_Loon_I Do Remix.mp3 | 3LW P DIDDY LOON | 3,724KB | Audio | I D |
| kazaaliteuser@KaZaA | JLo - If You Had My Love.mp3 | Jennifer Lopez | 3,116KB | Audio | I |
| kazaaliteuser@KaZaA | 112 - It's Over Now.mp3 | 112 | 3,825KB | Audio | |
| kazaaliteuser@KaZaA | amerie ft. camron- why dont we fall in love.MP3 | Amerie ft Cam'ron | 3,106KB | Audio | Why D |
| kazaaliteuser@KaZaA | Tupac - Do For Love.mp3 | 2Pac | 4,417KB | Audio | |
| kazaaliteuser@KaZaA | Craig David - Fill Me In.mp3 | Craig David | 3,637KB | Audio | |
| kazaaliteuser@KaZaA | Craig David - Walking Away.mp3 | Craig David | 3,238KB | Audio | |
| kazaaliteuser@KaZaA | Tupac f. Dr Dre - California Love.mp3 | Tupac | 4,489KB | Audio | |
| kazaaliteuser@KaZaA | girlfriendremix (1) (1).mp3 | nsync and nelly | 2,647KB | Audio | |
| kazaaliteuser@KaZaA | Nsync-This I Promise You.mp3 | Nsync | 4,449KB | Audio | |
| kazaaliteuser@KaZaA | Céline Dion - I Drove All Night (Album Version).mp3 | Céline Dion | 3,710KB | Audio | I Drove All |
| kazaaliteuser@KaZaA | Bon Jovi- Bed Of Roses.mp3 | Bon Jovi | 4,623KB | Audio | |
| kazaaliteuser@KaZaA | karaoke - it's gonna be me.mp3 | NSync | 4,473KB | Audio | It's Gonna B |
| kazaaliteuser@KaZaA | Styles P - Good Times.mp3 | styles p | 3,498KB | Audio | |
| kazaaliteuser@KaZaA | NSync - Dirty Pop (Remix).mp3 | Nsync | 3,829KB | Audio | |
| kazaaliteuser@KaZaA | 10 - Ludacris - Move Bitch - supermp3s.mp3 | Ludacris | 4,233KB | Audio | |
| kazaaliteuser@KaZaA | Mariah Carey feat Mase_Puff Daddy - Honey (Bad Boy R... | Mariah Carey f/ Mase_P... | 5,175KB | Audio | Hone |
| kazaaliteuser@KaZaA | nas-107-i_can.mp3 | Nas | 3,979KB | Audio | |
| kazaaliteuser@KaZaA | rb - 112 feat ludacris and p diddy (peaches and cream re... | 112 Feat Ludacris and P D... | 4,458KB | Audio | Peache |

Found 754 files | 2,579,756 users online, sharing 805,881,390 files (9,758,208 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| kazaaliteuser@KaZaA | nas-107-i_can.mp3 | Nas | 3,979KB | Audio | |
| kazaaliteuser@KaZaA | rb - 112 feat ludacris and p diddy (peaches and cream re... | 112 Feat Ludacris and P D.. | 4,458KB | Audio | Peaches |
| kazaaliteuser@KaZaA | Enrique Iglesias - Be With You.mp3 | Enrique Iglesias | 3,448KB | Audio | |
| kazaaliteuser@KaZaA | Witney Houston Didn¢¥t We Almost Have It All.mp3 | Whitney Huston | 4,744KB | Audio | Didn't We |
| kazaaliteuser@KaZaA | Tupac feat. Jon B.mp3 | 2Pac_Jon B | 3,150KB | Audio | |
| kazaaliteuser@KaZaA | Weezer - Say It Ain't So.mp3 | Weezer | 4,021KB | Audio | |
| kazaaliteuser@KaZaA | Tu Pac - Shorty Wanna be a thug.mp3 | Tupac | 2,228KB | Audio | Shorty |
| kazaaliteuser@KaZaA | Mase - I Need To Be.mp3 | Mase | 2,441KB | Audio | |
| kazaaliteuser@KaZaA | Whitney Houston - Where Do Broken Hearts Go.mp3 | Whitney Houston | 4,352KB | Audio | Where Do |
| kazaaliteuser@KaZaA | laundry service - Underneath your clothes.mp3 | Shakira | 3,523KB | Audio | Underi |
| kazaaliteuser@KaZaA | Def Leopard - Pour Some Sugar On Me.mp3 | Def Leppard | 4,579KB | Audio | Pour |
| 2 Users | Sarah McLachlan - I Will Remember You.mp3 | Sarah McLachlan | 4,502KB | Audio | I |
| kazaaliteuser@KaZaA | Motley Crue - Girls, Girls, Girls.mp3 | Motley Crue | 4,218KB | Audio | |
| kazaaliteuser@KaZaA | Sisqo vs Michael Jackson, Tupac_Nas (downlow remix).m... | Sisqo F. Foxy Brown | 3,915KB | Audio | T |
| kazaaliteuser@KaZaA | Jagged Edge - Promise.mp3 | Jagged Edge | 3,866KB | Audio | |
| kazaaliteuser@KaZaA | Nelly_Jagged Edge - Wheres The Party At.MP3 | Nelly Feat. Jagged Edge | 4,544KB | Audio | W |
| kazaaliteuser@KaZaA | Goodbye (1).mp3 | Jagged Edge | 3,230KB | Audio | |
| kazaaliteuser@KaZaA | jay-z_f_foxy_brown_-_sunshine_(lk)-hhv.mpeg | jz,foxy brown,baby face | 33,890KB | Video | |
| kazaaliteuser@KaZaA | Craig David - 7 Days.mp3 | Criag David | 3,169KB | Audio | |
| kazaaliteuser@KaZaA | NYSNC - Gone.mp3.mp3 | N Sync | 5,295KB | Audio | |
| kazaaliteuser@KaZaA | NSync - NSync - 10 - I Drive Myself Crazy.mp3 | NSYNC | 3,746KB | Audio | I |
| kazaaliteuser@KaZaA | Jagged Edge - Gotta Be.mp3 | Jagged Edge | 3,365KB | Audio | |
| kazaaliteuser@KaZaA | N'Sync - Bye Bye Bye.mp3 | Nsync | 3,140KB | Audio | |
| kazaaliteuser@KaZaA | Backstreet Boys - I Want It That Way.mp3 | Backstreet Boys | 4,224KB | Audio | I |
| kazaaliteuser@KaZaA | justin tim.mp3 | Justin Timberlake | 3,859KB | Audio | |
| kazaaliteuser@KaZaA | (02) Enrique Iglesias - Don't Turn Off The Lights.mp3 | Enrique Iglesias | 1,780KB | Audio | Don't |
| kazaaliteuser@KaZaA | Weezer - Keep Fishing.mp3 | Weezer | 2,554KB | Audio | |
| kazaaliteuser@KaZaA | Jimmy Eat World - Sweetness (new version good).mp3 | Jimmy Eat World | 3,403KB | Audio | |
| kazaaliteuser@KaZaA | Jimmy Eat World - Bleed American - 07 - Middle.mp3 | Jimmy Eat World | 2,624KB | Audio | |
| kazaaliteuser@KaZaA | Enrique Iglesias Feat. Anna Kournikova - Escape.mpg | ENRIQUE IGLESIAS | [illegible] | Video | |

Found 754 files | 2,579,756 users online, sharing 805,881,390 files (9,758,208 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| kazaaliteuser@KaZaA | Jimmy Eat World - Bleed American - 07 - Middle.mp3 | Jimmy Eat World | 2,624KB | Audio | |
| kazaaliteuser@KaZaA | Enrique Iglesias Feat. Anna Kournikova - Escape.mpg | ENRIQUE IGLESIAS | 35,830KB | Video | |
| kazaaliteuser@KaZaA | aerosmith - Areosmith-Dream On (Acoustic).mp3 | Aerosmith | 4,756KB | Audio | D |
| kazaaliteuser@KaZaA | Dave Mathews Band _Rolling Stones - Wild Horses(live).m... | Rolling Stones _Dave Ma... | 4,873KB | Audio | |
| kazaaliteuser@KaZaA | Aerosmith - Dream On.mp3 | Aerosmith | 5,351KB | Audio | |
| kazaaliteuser@KaZaA | Dixie Chicks - Sometimes I wake up Crying.mp3 | Dixie Chicks | 3,428KB | Audio | Sometime: |
| kazaaliteuser@KaZaA | Tori Amos - Boys For Pele - 09 - Hey Jupiter.mp3 | Tori Amos | 4,858KB | Audio | |
| kazaaliteuser@KaZaA | Faith Hill - Cry (recorded from radio).mp3 | Faith Hill | 3,505KB | Audio | |
| kazaaliteuser@KaZaA | John Mayer - Room for Squares - 04 - Your Body Is a Won... | John Mayer | 5,902KB | Audio | Your Boc |
| kazaaliteuser@KaZaA | Faith Hill - Breathe.mpg | Faith Hill | 43,350KB | Video | |
| kazaaliteuser@KaZaA | Tu Pac--Broken Wings(1).mp3 | Tupac feat. RL | 4,193KB | Audio | |
| kazaaliteuser@KaZaA | Reel Big Fish - Video Killed The Radio Star (1).mp3 | Reel Big Fish | 1,857KB | Audio | Video Ki |
| kazaaliteuser@KaZaA | Ginuwine and Timbaland - When Doves Cry (4375254,timba.. | Ginuwine and Timbaland | 4,272KB | Audio | |
| kazaaliteuser@KaZaA | One 12 feat Puff, Mase, _Biggie - Only You (Bad Boy Rem... | 112/Notorious BIG | 4,509KB | Audio | |
| kazaaliteuser@KaZaA | Naughty by nature feat. aliyah - a girl like you.mp3 | Naughty by Nature | 4,095KB | Audio | A Girl |
| kazaaliteuser@KaZaA | ELO - All Over The World.mp3 | Electric Light Orchestra | 3,824KB | Audio | |
| kazaaliteuser@KaZaA | 2 Pac - Picture Me Rollin'.mp3 | 2Pac | 4,918KB | Audio | |
| kazaaliteuser@KaZaA | Christina Aguilera - Impossible.mp3 | Christina Aguilera | 3,942KB | Audio | Impossible |
| kazaaliteuser@KaZaA | Christina Aguilera - Fighter.mp3 | Christina Aguilera | 3,843KB | Audio | |
| kazaaliteuser@KaZaA | Three Dog Night - Out In The Country.mp3 | 3 Dog Night | 2,978KB | Audio | ( |
| kazaaliteuser@KaZaA | Keith Sweat f. LSG - My Body.mp3 | LSG | 3,849KB | Audio | |
| kazaaliteuser@KaZaA | 02-good_charlotte-the_anthem-rns.mp3 | Good Charlotte | 4,129KB | Audio | |
| kazaaliteuser@KaZaA | Save Yourself - Tonight _Forever.MP3 | Sense Field | 3,136KB | Audio | |
| kazaaliteuser@KaZaA | killer mike - adidas - sex.mp3 | Outkast | 4,916KB | Audio | all day |
| kazaaliteuser@KaZaA | Enrique Iglesias - 01 - Escape - 21century.mp3 | Enrique Iglesias | 3,261KB | Audio | |
| kazaaliteuser@KaZaA | maroon5 - Harder To Breath.mp3 | Maroon 5 | 2,741KB | Audio | |
| kazaaliteuser@KaZaA | The Flys - Got You Where I Want You.mp3 | The Flys | 3,591KB | Audio | Got You |
| kazaaliteuser@KaZaA | Goo Goo Dolls - Here Is Gone (new).mp3 | Googoo dolls | 3,746KB | Audio | H |
| kazaaliteuser@KaZaA | Bon Jovi - You Give Love A Bad Name (1).mp3 | Bon Jovi | 3,513KB | Audio | You Giv |
| kazaaliteuser@KaZaA | N - Fabulous - Holla Back.mp3 | Fabulous (w/ [illegible] | [illegible] | Audio | |

Found 754 files | 2,579,756 users online, sharing 805,881,390 files (9,758,208 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| kazaaliteuser@KaZaA | Bon Jovi - You Give Love A Bad Name (1).mp3 | Bon Jovi | 3,513KB | Audio | You Give |
| kazaaliteuser@KaZaA | N - Fabolous - Holla Back.mp3 | Fabulous (w/ Neptunes) | 3,238KB | Audio | H |
| kazaaliteuser@KaZaA | Brandy ft Nas - What About rmx.mp3 | Brandy ft Nas | 3,608KB | Audio | What A |
| kazaaliteuser@KaZaA | Ace of Base - Don't Turn Around.mp3 | Ace Of Base | 3,621KB | Audio | |
| kazaaliteuser@KaZaA | R Kelly f. The Isley Brothers - Down Low.mp3 | R.Kelly feat. Ronald Isley | 3,952KB | Audio | |
| kazaaliteuser@KaZaA | Notorious BIG feat. R. Kelly - Fucking You Tonight.mp3 | Biggie Smalls w/ R.Kelly | 5,399KB | Audio | F |
| kazaaliteuser@KaZaA | DMX - Stop, Drop, Shut em Down Open Up Shop.mp3 | DMX | 3,347KB | Audio | DMX - Stop, Dr |
| kazaaliteuser@KaZaA | De Ja VU - Uptown Baby.mp3 | Lord Tariq_Peter Gunz | 2,243KB | Audio | De Ja |
| kazaaliteuser@KaZaA | Evanescence - Bring Me To Life.mp3 | Evanescence | 9,344KB | Audio | |
| kazaaliteuser@KaZaA | Isley Brothers feat. R.Kelly, Chanti Moore - Contagious .m... | Isley Brothers, ft R. Kelly,.. | 4,273KB | Audio | |
| kazaaliteuser@KaZaA | Ace of Base - All That She Wants.mp3 | Ace Of Base | 3,981KB | Audio | |
| kazaaliteuser@KaZaA | Tupac - Unconditional Love.mp3 | Tupac Shakur | 5,118KB | Audio | |
| kazaaliteuser@KaZaA | R Kelly Sex Video (1).mpg | R Kelly | 29,960KB | Video | |
| kazaaliteuser@KaZaA | Keith Sweat - Nobody.mp3 | Keith Sweat | 3,969KB | Audio | |
| kazaaliteuser@KaZaA | R Kelly - Homie Lover Friend (Remix).mp3 | R. Kelly | 4,386KB | Audio | Homie Lo |
| kazaaliteuser@KaZaA | Keith Sweat - Twisted.mp3 | Keith Sweat | 4,242KB | Audio | |
| kazaaliteuser@KaZaA | NAS - Kissing.mp3 | Nas feat. R. Kelly | 3,994KB | Audio | |
| kazaaliteuser@KaZaA | NAZ - Street Dreams.MP3 | Nas | 3,280KB | Audio | |
| kazaaliteuser@KaZaA | DMX, Tupac and Nas - Hate Me Now (Prizefighter).mp3 | DMX, Tupac and Nas | 3,017KB | Audio | Hate Me |
| kazaaliteuser@KaZaA | 50_cent-11-too_hot_ft._nas_and_nature-whoa.mp3 | 50 Cent | 5,292KB | Audio | Too Hot |
| kazaaliteuser@KaZaA | Field Mob feat YB - Sick of being lonely (album Verson Real).. | Field Mob | 3,706KB | Audio | S |
| kazaaliteuser@KaZaA | Feild Mob - Sick_of_being_lonely_(remix).mp3 | Field Mobb ft Trina | 1,776KB | Audio | sick of t |
| kazaaliteuser@KaZaA | Aaliyah feat. R. Kelly - At Your Best (remix).mp3 | Aaliyah feat. R. Kelly | 4,210KB | Audio | At |
| kazaaliteuser@KaZaA | 02-nas_feat._jadakiss_ludacris-made_you_look_(remix)-w... | Nas f. Jadakiss, Ludacris | 3,233KB | Audio | Mad |
| kazaaliteuser@KaZaA | Turtles - She'd Rather Be With Me.mp3 | Turtles | 2,207KB | Audio | She'd |
| kazaaliteuser@KaZaA | R Kelly-THE CHOCOLATE FACTORY-heart of a woman-No ... | R Kelly | 3,503KB | Audio | |
| kazaaliteuser@KaZaA | R.Kelly - Your Body's Calling (Remix).mp3 | R Kelly | 5,545KB | Audio | Your Bod |
| kazaaliteuser@KaZaA | Puff Daddy Feat. Biggie _Mase - Been Around The World.... | P. Diddy | 3,352KB | Audio | Been |
| kazaaliteuser@KaZaA | Debut Album - Miss Independent (1).mp3 | Kelly Clarkson | 4,549KB | Audio | |
| kazaaliteuser@KaZaA | Tupac - How Long Will They Mourn Me.mp3 | Tu Pac | 3,640KB | Audio | How Long |

Found 754 files | 2,579,756 users online, sharing 805,881,390 files (9,758,208 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| kazaaliteuser@KaZaA | Debut Album - Miss Independent (1).mp3 | Kelly Clarkson | 4,549KB | Audio | |
| kazaaliteuser@KaZaA | Tupac - How Long Will They Mourn Me.mp3 | Tu Pac | 3,640KB | Audio | How Long \ |
| kazaaliteuser@KaZaA | Tupac ... I ain't mad atcha.mp3 | 2 Pac | 4,598KB | Audio | |
| kazaaliteuser@KaZaA | Lil Kim-TheJumpOff FeaturingMr (1).mp3 | Lil' Kim ft. Mr. Cheeks | 2,796KB | Audio | |
| kazaaliteuser@KaZaA | Nas feat. R.Kelly - Nostradamus.mp3 | Nas | 3,868KB | Audio | |
| kazaaliteuser@KaZaA | Belinda Carlisle - Heaven Is A Place On Earth.mp3 | Belinda Carlisle | 3,975KB | Audio | Heaven I |
| kazaaliteuser@KaZaA | Cyndi Lauper-Heaven is a Place On Earth.mp3 | cindy lauper | 3,436KB | Audio | Heaven I |
| kazaaliteuser@KaZaA | Belinda - Heaven is a place on Earth (dance mix 2001).mp3 | Dance Mix | 3,477KB | Audio | Heaven is a place on Eartl |
| 2 Users | Tupac - Hit Em Up.mp3 | 2Pac | 4,882KB | Audio | |
| kazaaliteuser@KaZaA | Nas ft. Ashanti Ja Rule - The Pledge.mp3 | Nas, JaRule, and Ashanti | 3,694KB | Audio | |
| kazaaliteuser@KaZaA | NAz Shoot 'em Up.mp3 | Nas | 2,710KB | Audio | |
| kazaaliteuser@KaZaA | what mean the world to me - cameron.mp3 | Cameron | 2,978KB | Audio | What Mean: |
| kazaaliteuser@KaZaA | 2pac-113-thugz_mansion_(acoustic)-rns.mp3 | 2Pac | 5,920KB | Audio | Thugz Mansion (/ |
| kazaaliteuser@KaZaA | Ruff Riders - Ride Or Die .mp3 | Ruff Riders | 3,624KB | Audio | |
| kazaaliteuser@KaZaA | NAS - You Won't See Me Tonight (featuring Aaliyah).mp3 | Aaliyah | 4,102KB | Audio | You Wc |
| kazaaliteuser@KaZaA | michellebranch_areyouhappy.mp3 | Michelle Branch | 5,388KB | Audio | Are you |
| kazaaliteuser@KaZaA | Mob Deep - Get Away.mp3 | Mobb Deep | 3,436KB | Audio | |
| kazaaliteuser@KaZaA | Mobb Deep ft. 112 - Hey Luv (Anything).mp3 | Mobb Deep ft 112 | 4,370KB | Audio | I |
| kazaaliteuser@KaZaA | Joe Budden - Pump It Up.mp3 | Joe budden | 5,293KB | Audio | |
| kazaaliteuser@KaZaA | DMX-Why do good girls like bad guys.mp3 | DMX | 3,676KB | Audio | Why Do Good |
| kazaaliteuser@KaZaA | Counting Crows feat. Vanessa Carlton - Big Yellow Twxi.m... | Vanessa Carlton | 5,354KB | Audio | |
| kazaaliteuser@KaZaA | 12-lil_kim-magic_stick_(feat_50_cent)-rns.mp3 | Lil Kim | 4,959KB | Audio | Magic S |
| kazaaliteuser@KaZaA | 12-lil_kim-magic_stick_(feat_50_cent)-rns (1).mp3 | Lil Kim | 8,437KB | Audio | Magic S |
| kazaaliteuser@KaZaA | Tori Amos - Silent All These Years.mp3 | Tori Amos | 3,917KB | Audio | Sil |
| kazaaliteuser@KaZaA | DMX-Slippin'.mp3 | DMX | 4,769KB | Audio | |
| kazaaliteuser@KaZaA | 12-mobb_deep-get_at_me - music-impact.com.mp3 | Mobb Deep | 3,352KB | Audio | |
| kazaaliteuser@KaZaA | DMX - It's Dark and Hell is Hot - 13 - Stop Being Greedy.mp3 | DMX | 3,384KB | Audio | |
| kazaaliteuser@KaZaA | Its Dark And Hell Is Hot -- #10 (DMX) Hows It Goin Down.... | DMX | 4,428KB | Audio | |
| kazaaliteuser@KaZaA | DMX - It's Dark And Hell Is Hot - 09 - Damien.mp3 | DMX | 5,203KB | Audio | |

Found 754 files | 2,579,756 users online, sharing 805,881,390 files (9,758,208 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| kazaaliteuser@KaZaA | DMX - It's Dark And Hell Is Hot - 09 - Damien.mp3 | DMX | 5,203KB | Audio | |
| kazaaliteuser@KaZaA | C-Murder, Magic, DMX - Down For My Niggaz (Unreleased ... | C-murder | 3,507KB | Audio | Down For My Niggaz |
| kazaaliteuser@KaZaA | DMX - It's dark and Hell is hot - 07 - Track 7.mp3 | DMX | 3,968KB | Audio | |
| kazaaliteuser@KaZaA | DMX-It's Dark and Hell Is Hot-Track 18.mp3 | DMX | 3,344KB | Audio | |
| kazaaliteuser@KaZaA | Isyss - Single for the rest of my life.wma | Isyss | 2,808KB | Audio | |
| kazaaliteuser@KaZaA | DMX - For My Dogs.mp3 | The Fast and the Furious | 3,931KB | Audio | |
| kazaaliteuser@KaZaA | 05-I Wanna Make You Cry (1).MP3 | Jeff Bates | 3,052KB | Audio | I Wa |
| kazaaliteuser@KaZaA | Jay Z feat. Beyonce - Me And My Girlfriend.mp3 | Tupac | 4,813KB | Audio | M |
| kazaaliteuser@KaZaA | Kurupt, Tupac _Daz - Ride With Us (Remix).mp3 | 50 Cent ft. Eminem _DC | 3,847KB | Audio | F |
| kazaaliteuser@KaZaA | 2 pac-Check out time.mp3 | Tupac | 4,332KB | Audio | |
| kazaaliteuser@KaZaA | Tupac - Until the End of Time - Disc 1 - 06 - Letter 2 My Un... | 2pac | 3,697KB | Audio | Letter |
| kazaaliteuser@KaZaA | Tupac - Hail Mary.mp3 | 2 pac | 4,842KB | Audio | |
| kazaaliteuser@KaZaA | Tupac - To Live and Die in LA (Makaveli).mp3 | Tu Pac | 4,273KB | Audio | To Live and I |
| kazaaliteuser@KaZaA | 2Pac - Can't C Me.mp3 | 2pac | 5,171KB | Audio | |
| kazaaliteuser@KaZaA | 2Pac - So Many Tears.mp3 | 2pac | 3,740KB | Audio | |
| kazaaliteuser@KaZaA | 2Pac - In the Air Tonight (feat Phil Collins Remix) (1).mp3 | Tupac feat Phill Collins | 6,136KB | Audio | In The |
| kazaaliteuser@KaZaA | 50 CENT-GET RICH OR DIE TRYIN-MANY MEN-new album.... | 50 Cent | 4,434KB | Audio | |
| kazaaliteuser@KaZaA | 2 Pac-Better Dayz-Disc2-09-Catch Feelings.mp3 | Tupac | 4,619KB | Audio | |
| kazaaliteuser@KaZaA | Mob Deep_Shook Ones.mp3 | Mobb Deep | 3,824KB | Audio | |
| kazaaliteuser@KaZaA | Simple Plan - Addicted.mp3 | Simple Plan | 3,629KB | Audio | |
| kazaaliteuser@KaZaA | Radio Head - Video Killed The Radio Star.mp3 | Radiohead | 2,681KB | Audio | Video Ki |
| kazaaliteuser@KaZaA | Ashanti - Rock Wit U15.mp3 | Ashanti | 3,414KB | Audio | Rock Wil |
| kazaaliteuser@KaZaA | Jay Z- I Miss You Remix.mp3 | Jay Z | 3,553KB | Audio | |
| kazaaliteuser@KaZaA | counting crows - big yellow taxi (1) (1).mp3 | Counting Crows and Vane.. | 3,696KB | Audio | |
| kazaaliteuser@KaZaA | Trust Company - Downfall.mp3 | Trust Co. | 2,962KB | Audio | |
| kazaaliteuser@KaZaA | Tamia- I'm So Into You.mp3 | Tamia | 2,896KB | Audio | |
| kazaaliteuser@KaZaA | mothugs family _bone - ghetto cowboy.mp3 | mo thugs family _bone | 5,105KB | Audio | |
| kazaaliteuser@KaZaA | Mo Thugs - Its All Good.mp3 | Mo Thugs | 3,709KB | Audio | |
| kazaaliteuser@KaZaA | Shakira - Objection (Tango).mp3 | Shakira | 3,484KB | Audio | |

Found 754 files | 2,579,756 users online, sharing 805,881,390 files (9,758,208 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| kazaaliteuser@KaZaA | Shakira - Objection (Tango).mp3 | Shakira | 3,484KB | Audio | |
| kazaaliteuser@KaZaA | 11-50_cent-pimp-rns.mp3 | 50 Cent | 5,848KB | Audio | |
| kazaaliteuser@KaZaA | Sean Paul - Get Busy (Diwali).mp3 | Sean Paul | 3,701KB | Audio | |
| kazaaliteuser@KaZaA | fat joe - My Lifestyle (Remix).mp3 | Fat Joe ft. jadakiss, remy... | 6,016KB | Audio | M |
| kazaaliteuser@KaZaA | Offspring - The Kids Aren't Alright.mp3 | The Offspring | 2,824KB | Audio | The |
| kazaaliteuser@KaZaA | Dr.Dre, Snoop Dogg - I Just Wanna Fuck You.mp3 | Dr.Dre I Just Wanna Fuck.. | 2,430KB | Audio | I Ju |
| kazaaliteuser@KaZaA | what mean tha - camron.mp3 | Camron feat. Trina | 3,372KB | Audio | What mea |
| kazaaliteuser@KaZaA | SOLE, JT MONEY - 4, 5, 6 .mp3 | Sole (featuring J. T. Mon... | 3,000KB | Audio | |
| kazaaliteuser@KaZaA | Luniz - I Got Five On It.mp3 | Luniz | 3,864KB | Audio | |
| kazaaliteuser@KaZaA | Michell Branch- Every where.mp3 | Michelle Branch | 3,440KB | Audio | |
| kazaaliteuser@KaZaA | Michell Branch-All You Wanted.mp3 | Michelle Branch | 2,550KB | Audio | |
| kazaaliteuser@KaZaA | Guns N' Roses - November Rain.mp3 | Guns N' Roses | 8,367KB | Audio | |
| kazaaliteuser@KaZaA | Luniz f. Richie Rich, E-40, _Spice 1 - I've Got 5 On It (remi... | Luniz | 2,390KB | Audio | I've |
| kazaaliteuser@KaZaA | counting crows - big yellow taxi (8).mp3 | Counting Crows and Vane.. | 3,696KB | Audio | |
| kazaaliteuser@KaZaA | Santana and Michelle Branch - The Game of Love .mp3 | Santana and Michell Bran... | 6,016KB | Audio | Santana ar |
| kazaaliteuser@KaZaA | Bizmarkie - You Say He's Just a Friend.mp3 | Biz Markie | 3,848KB | Audio | You Say |
| kazaaliteuser@KaZaA | OLDIES-Ace of Base-I Saw The Sign (1).mp3 | Ace of Base | 3,530KB | Audio | |
| kazaaliteuser@KaZaA | Fragma - Tocos Miracle.mp3 | Fragma | 3,189KB | Audio | |
| kazaaliteuser@KaZaA | Mel C. - I Turn To You.mp3 | Melanie C | 5,501KB | Audio | |
| kazaaliteuser@KaZaA | Counting Crows (feat Vanessa Carlton) - Big Yellow Taxi.m... | Counting Crows | 3,536KB | Audio | Big Yellow Taxi (featurin |
| kazaaliteuser@KaZaA | Jagged Edge and Nelly- Wheres da party at.mp3 | Nelly | 1,493KB | Audio | V |
| kazaaliteuser@KaZaA | Out of the Blue-6-Justin Timberlake-Rock Your Body.mp3 | Justin Timberlake | 4,272KB | Audio | |
| kazaaliteuser@KaZaA | Britney - 07 - I Love Rock And Roll.mp3 | Britney Spears | 2,916KB | Audio | |
| kazaaliteuser@KaZaA | Nickleback - some day.mp3 | Nickelback | 4,903KB | Audio | |
| kazaaliteuser@KaZaA | Britney Spears - Im A Slave 4 U (Actual Full Song) (1).mp3 | Britney Spears | 3,382KB | Audio | Im A Slave For Yo |
| kazaaliteuser@KaZaA | Fabolous ft. lil' mo - can't let you go.mp3 | fablolous ft lil mo | 4,274KB | Audio | fabolo |
| kazaaliteuser@KaZaA | Lil Mo - Superwoman (uncensored) [xf].mpg | Lil' Mo ft Fabolous | 46,209KB | Video | |
| kazaaliteuser@KaZaA | cant let u go.mp3 | Fabolous | 3,986KB | Audio | |
| kazaaliteuser@KaZaA | Saliva - Back Into Your System - 08 - Rest In Pieces.mp3 | Saliva | 5,316KB | Audio | |
| kazaaliteuser@KaZaA | Lumidee - Never leave you.mp3 | LUMIDEE | [illegible] | Audio | |

Found 754 files | 2,579,756 users online, sharing 805,881,390 files (9,758,208 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| kazaaliteuser@KaZaA | Saliva - Back Into Your System - 08 - Rest In Pieces.mp3 | Saliva | 5,316KB | Audio | |
| kazaaliteuser@KaZaA | Lumidee - Never leave you.mp3 | LUMIDEE | 2,738KB | Audio | |
| 2 Users | Seether - Driven Under (1).mp3 | Seether | 6,420KB | Audio | |
| kazaaliteuser@KaZaA | Guns n Roses- Dont You Cry Tonight.mp3 | Guns n Roses | 3,880KB | Audio | Do |
| kazaaliteuser@KaZaA | Seether - Fine Again (1).mp3 | Seether | 3,814KB | Audio | |
| kazaaliteuser@KaZaA | Jimmy Wayne - Stay Gone .wma | Jimmy Wayne | 910KB | Audio | |
| kazaaliteuser@KaZaA | Nirvana - All Apologies.mp3 | Nirvana | 3,562KB | Audio | |
| kazaaliteuser@KaZaA | A.D.I.D.A.S..mp3 | Korn | 2,388KB | Audio | |
| kazaaliteuser@KaZaA | Jimmy Wayne - Stay Gone .mp3 | Jimmy Wayne | 3,260KB | Audio | |
| kazaaliteuser@KaZaA | Stacy Oricco - Stuck.mp3 | Stacie Orrico | 3,507KB | Audio | |
| kazaaliteuser@KaZaA | Neil Diamond - I Am I Said.mp3 | Neil Diamond | 3,338KB | Audio | |
| kazaaliteuser@KaZaA | Patty Loveless - You Don't Even Know Who I Am.mp3 | Patty Loveless | 4,794KB | Audio | You Don't Ev |
| kazaaliteuser@KaZaA | Reba Mcintire - Is There Life Out There.mp3 | Reba McEntire | 3,014KB | Audio | Is Th |
| kazaaliteuser@KaZaA | Stacie Orrico - Stuck.asf | Stacie Orrico | 8,556KB | Video | |
| kazaaliteuser@KaZaA | Its_About_Time.mp3 | Lillix | 3,458KB | Audio | |
| kazaaliteuser@KaZaA | Daniel Bedingfield - If You're Not The One (Metro Mix) (1).... | Daniel Beddingfield | 9,400KB | Audio | If your r |
| kazaaliteuser@KaZaA | Toadies - So help me jesus.Mp3 | Toadies | 4,796KB | Audio | |
| kazaaliteuser@KaZaA | Daniel Bedingfield - If You're Not The One (Metro Mix).mp3 | Daniel Beddingfield | 9,400KB | Audio | If your r |
| kazaaliteuser@KaZaA | Fabulous and Ashanti- So into you.mp3 | Fabolous ft Ashanti | 6,441KB | Audio | |
| kazaaliteuser@KaZaA | Ashanti - Rock With You.mp3 | Ashanti | 4,971KB | Audio | |
| kazaaliteuser@KaZaA | Beyonce and Jay-Z - Crazy In Love.mp3 | Beyonce and Jay-Z | 3,906KB | Audio | |
| kazaaliteuser@KaZaA | Debut Album - Miss Independent.mp3 | Kelly Clarkson | 4,549KB | Audio | |
| kazaaliteuser@KaZaA | Fabolous Ft. Ashanti - Into You.mp3 | tamia and fabulous | 6,435KB | Audio | |
| kazaaliteuser@KaZaA | Cher - If I Could Turn Back Time.mp3 | Cher | 3,590KB | Audio | If I Co |
| kazaaliteuser@KaZaA | (Shania Twain) - 05 - Forever And For Always.mp3 | Shania Twain | 8,862KB | Audio | Forev |
| kazaaliteuser@KaZaA | Jonny Cash - IWalkTheLine.mp3 | Johnny Cash | 1,603KB | Audio | |
| kazaaliteuser@KaZaA | 15-limp_bizkit-behind_blue_eyes-esc.mp3 | Limp Bizkit | 8,574KB | Audio | |
| kazaaliteuser@KaZaA | Tamia- There's A Stranger In My House (Techno - Club Rem.. | Tamia | 6,816KB | Audio | |
| kazaaliteuser@KaZaA | There's A Stranger In My House (techno remix).mp3 | Tamia | 7,617KB | Audio | There's A Str |
| kazaaliteuser@KaZaA | Evanescence - Whisper.mp3 | Evanescence | 3,607KB | Audio | |

Found 754 files | 2,579,756 users online, sharing 805,881,390 files (9,758,208 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| kazaaliteuser@KaZaA | There's A Stranger In My House (techno remix).mp3 | Tamia | 7,617KB | Audio | There's A Str |
| kazaaliteuser@KaZaA | Evanessence - Whisper.mp3 | Evanescence | 3,697KB | Audio | |
| kazaaliteuser@KaZaA | Johnny Cash - Hurt.mp3 | Johnny Cash | 5,123KB | Audio | |
| kazaaliteuser@KaZaA | johnny cash - american iv (the man comes around) - 02 - h... | Johnny Cash | 3,418KB | Audio | |
| kazaaliteuser@KaZaA | Beatles - In My Life.mp3 | Beatles | 2,304KB | Audio | |
| kazaaliteuser@KaZaA | The Night the Lights Went Out In Georgia - Reba McIntire.... | Reba McIntire | 3,978KB | Audio | The Night tl |
| kazaaliteuser@KaZaA | limp biskit- behind blue eyes.mp3 | limp bizkit | 4,286KB | Audio | |
| kazaaliteuser@KaZaA | Tamia - So Into You.mp3 | Tamia | 4,082KB | Audio | |
| kazaaliteuser@KaZaA | Stranger In My House (Thunderpuss Radio Mix).mp3 | Tamia | 3,725KB | Audio | Str |
| kazaaliteuser@KaZaA | Bonnie Tyler - Total Eclipse Of The Heart.mp3 | Bonnie Tyler | 6,531KB | Audio | Total E |
| kazaaliteuser@KaZaA | James Taylor - Fire and Rain.mp3 | James Taylor | 3,180KB | Audio | |
| kazaaliteuser@KaZaA | Michell Branch - Are You Happy Now.mp3 | Michelle Branch | 5,409KB | Audio | A |
| kazaaliteuser@KaZaA | James Taylor - How Sweet It Is - To Be Loved By You.mp3 | American Pie | 3,429KB | Audio | T |
| kazaaliteuser@KaZaA | Three Doors Down - Better Life.mp3 | 3 Doors Down | 2,933KB | Audio | |
| kazaaliteuser@KaZaA | 08-snoop_dogg-beautiful_(ft_pharell_uncle_charlie_wilson... | Snoop Dogg | 6,993KB | Audio | Beautiful ( |
| kazaaliteuser@KaZaA | Three Doors Down - Ticket to Heaven.mp3 | Three Doors Down | 3,244KB | Audio | |
| kazaaliteuser@KaZaA | Three Doors Down - Life Of My Own.mp3 | Three Doors Down | 5,582KB | Audio | |
| kazaaliteuser@KaZaA | 3 Doors Down - Away From The Sun - 03 - The Road I'm O... | Three Doors Down | 5,621KB | Audio | |
| kazaaliteuser@KaZaA | Three Doors Down - Life of My Own (1).mp3 | Three Doors Down | 3,726KB | Audio | |
| kazaaliteuser@KaZaA | James Taylor - You've Got A Friend.mp3 | James Taylor | 4,183KB | Audio | Y |
| kazaaliteuser@KaZaA | James Taylor - Carolina In My Mind.mp3 | James Taylor | 3,694KB | Audio | C |
| kazaaliteuser@KaZaA | James Taylor - Your Smiling Face.mp3 | James Taylor | 2,600KB | Audio | |
| kazaaliteuser@KaZaA | James Taylor - Sweet Baby James.mp3 | James Taylor | 2,657KB | Audio | |
| kazaaliteuser@KaZaA | Notoroius B.I.G-Notorouis..MP3 | Notorious Big - feat Puff ... | 2,112KB | Audio | |
| kazaaliteuser@KaZaA | James Taylor - Up On The Roof.mp3 | James Taylor | 5,089KB | Audio | |
| kazaaliteuser@KaZaA | 07-50_cent_feat_snoop-pimp(remix)-wcr.mp3 | 50 Cent Feat. Snoop Dogg | 4,777KB | Audio | |
| kazaaliteuser@KaZaA | Gang Starr - Where U stand (ft Jadakiss).mp3 | GangStarr feat. Jadakiss | 5,370KB | Audio | Righ |
| kazaaliteuser@KaZaA | James Taylor - Shower The People.mp3 | James Taylor | 3,762KB | Audio | |
| kazaaliteuser@KaZaA | (05) Daniel Beddingfield - If You're Not The One.wma | Daniel Bedingfield | 2,557KB | Audio | If |

Found 754 files | 2,579,756 users online, sharing 805,881,390 files (9,758,208 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| kazaaliteuser@KaZaA | (05) Daniel Beddingfield - If You're Not The One.wma | Daniel Bedingfield | 2,557KB | Audio | If Y |
| kazaaliteuser@KaZaA | James Taylor - You Are My Only One.mp3 | James Taylor | 4,407KB | Audio | You Are I |
| kazaaliteuser@KaZaA | Evanessence - My Immortal.mp3 | Evanessence | 4,665KB | Audio | |
| kazaaliteuser@KaZaA | james taylor - Yesterday (Beatles Cover Live).mp3 | James Taylor | 1,179KB | Audio | Yesterday (I |
| kazaaliteuser@KaZaA | James Taylor - Greatest Hits Volume 2 - 16 - Enough To Be… | James Taylor | 5,110KB | Audio | Enough T |
| kazaaliteuser@KaZaA | James Taylor _Livingston Taylor - Falling In Love With You… | James Taylor | 1,850KB | Audio | Falling In Lc |
| kazaaliteuser@KaZaA | James Taylor - Greatest Hits (Entire Album)(1).mp3 | James Taylor | 40,954KB | Audio | Greatest Hits |
| kazaaliteuser@KaZaA | james taylor - I always thought I'd see your face again.m… | James Taylor | 3,158KB | Audio | I Always Thought Tha |
| kazaaliteuser@KaZaA | Chingy - Right Thurr (1).mp3 | Chingy | 4,999KB | Audio | |
| kazaaliteuser@KaZaA | Maid In Manhatten - Daniel Bedingfield - If You're Not The … | Daniel Bedingfield | 6,081KB | Audio | If Y |
| kazaaliteuser@KaZaA | DANIEL BEDINGFIELD - If You're Not The One Remix.mp3 | Daniel Bedingfield | 6,198KB | Audio | If Your Not the |
| kazaaliteuser@KaZaA | Vertical Horizon - Best I Ever Had.mp3 | Vertical Horizon | 4,228KB | Audio | |
| kazaaliteuser@KaZaA | Vertical Horizon - You're A God.mp3 | Vertical Horizon | 3,418KB | Audio | |
| kazaaliteuser@KaZaA | Counting Crows - American Girls (radio edit).mp3 | Counting Crows | 3,537KB | Audio | |
| kazaaliteuser@KaZaA | Trapt - Headstrong.mp3 | Trapt | 4,466KB | Audio | |
| kazaaliteuser@KaZaA | Vertical Horizon - Everything You Want.mp3 | Vertical Horizon | 4,007KB | Audio | Ev |
| kazaaliteuser@KaZaA | Insensitive.mp3 | Jann Arden | 2,994KB | Audio | |
| kazaaliteuser@KaZaA | Tupac - I Aint Mad At Cha.mp3 | 2PAC | 5,746KB | Audio | |
| kazaaliteuser@KaZaA | Train-MY PRIVATE NATION-calling all angels (1) (1).mp3 | Train | 4,340KB | Audio | |
| kazaaliteuser@KaZaA | Brian Adams - When You Really Love A Woman.mp3 | Bryan Adams | 3,993KB | Audio | Have You Ev |
| kazaaliteuser@KaZaA | Celine Dion - Have You Ever Been In Love.mp3 | Celine Dion | 2,419KB | Audio | Have You |
| kazaaliteuser@KaZaA | Elvis Presley - Can't Help Falling In Love.mp3 | Elvis Presley | 2,868KB | Audio | Can't H |
| kazaaliteuser@KaZaA | Cant Hardly Wait Soundtrack- Growing Up.mp3 | Blink 182 | 2,574KB | Audio | |
| kazaaliteuser@KaZaA | Chevelle - Send the Pain Below.mp3 | Chevelle | 3,946KB | Audio | S |
| kazaaliteuser@KaZaA | Jason Mraz-The Remedy.MP3 | Jason Mraz | 1,792KB | Audio | |
| kazaaliteuser@KaZaA | Chevelle - The Red.mp3 | Chevelle | 3,727KB | Audio | |
| kazaaliteuser@KaZaA | Uncle Sam - I Don't Ever Want To See You Again.mp3 | Uncle Sam | 5,416KB | Audio | Don't Ever W |
| kazaaliteuser@KaZaA | Puff Daddy, Biggie Smalls, Mace - Been Around the World.… | Puff Daddy, Mase_Notor… | 3,715KB | Audio | Beer |
| kazaaliteuser@KaZaA | Boyz II Men - Yesterday.mp3 | Boyz II Men | 2,942KB | Audio | |
| kazaaliteuser@KaZaA | Tori Amos - 02 - A Sorta Fairytale.mp3 | Tori Amos | 7,620KB | Audio | |

Found 754 files | 2,579,756 users online, sharing 805,881,390 files (9,758,208 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| kazaaliteuser@KaZaA | Boyz II Men - Yesterday.mp3 | Boyz II Men | 2,942KB | Audio | |
| kazaaliteuser@KaZaA | Tori Amos - 02 - A Sorta Fairytale.mp3 | Tori Amos | 7,620KB | Audio | |
| kazaaliteuser@KaZaA | Sara Mclaughlin - Silence (Broken Down Palace).mp3 | Delerium_Sarah McLachl... | 6,179KB | Audio | |
| kazaaliteuser@KaZaA | Brokedown Palace - Sarah Mclaughlan - Silence.MP3 | Sarah McLaughlin | 2,614KB | Audio | Brokedown Palace - Sarah M |
| kazaaliteuser@KaZaA | Soundtrack Broken Down Palace Plumb-Damaged.mp3 | Soundtrack Broken Down ... | 3,702KB | Audio | |
| kazaaliteuser@KaZaA | Boyz II Men - Pass You By.mp3 | Boyz II Men | 6,338KB | Audio | |
| kazaaliteuser@KaZaA | Boys 2 Men - Motown Philly.mp3 | Boyz II Men | 3,216KB | Audio | |
| kazaaliteuser@KaZaA | Six Pence None the Richer - She's All That - Kiss Me..mp3 | Sixpence Non the Richer | 2,338KB | Audio | |
| kazaaliteuser@KaZaA | Train-My Private Nation-calling all angels (1).mp3 | Train | 3,374KB | Audio | |
| kazaaliteuser@KaZaA | Dashboard Confessional - Screaming Infidelities.mp3 | Dashboard Confessional | 3,362KB | Audio | Sc |
| kazaaliteuser@KaZaA | (02) Stacie Orrico - (There's Gotta Be) More To Life.wma | Stacy Orrico | 1,975KB | Audio | |
| kazaaliteuser@KaZaA | Train_CallingAllAngels_059577_01_01.256.mp3 | Train | 7,158KB | Audio | Calling All Ang |
| kazaaliteuser@KaZaA | Calling All Angels (1).mp3 | Pay It Forward | 4,874KB | Audio | |
| kazaaliteuser@KaZaA | Sixpence Non The Richer - There She Goes again.mp3 | Six Pence Non The Richer | 1,585KB | Audio | The |
| kazaaliteuser@KaZaA | Ruff Ends - No More Shopping Sprees.mp3 | Ruff Endz | 5,711KB | Audio | |
| kazaaliteuser@KaZaA | If I Was the One - Ruff Ends.mp3 | If I Was the One | 4,197KB | Audio | |
| kazaaliteuser@KaZaA | Ruff Ends- No more shopping sprees.mp3 | Ruff Ends | 3,048KB | Audio | No mo |
| kazaaliteuser@KaZaA | Evanessence- going under.mp3 | Evanescence | 2,521KB | Audio | |
| kazaaliteuser@KaZaA | 01-mya-my_love_is_like_wo-rns.mp3 | Mya | 4,911KB | Audio | |
| kazaaliteuser@KaZaA | 01-mya_feat._missy-my_love_is_like_whoa-cms.mp3 | Mya Feat. Missy | 4,949KB | Audio | My |
| kazaaliteuser@KaZaA | 07-lil_kim-notorious_kim-ego.mp3 | Lil' Kim | 5,155KB | Audio | |
| kazaaliteuser@KaZaA | Puff Daddy_Mase - Been Around The World (Remix).mp3 | Puff Daddy f/Mase | 4,906KB | Audio | Been Around |
| kazaaliteuser@KaZaA | South Park - Eric Cartman - Come Sail Away.mp3 | Eric Cartman | 4,889KB | Audio | |
| kazaaliteuser@KaZaA | Southpark - Cartman sings Celine Dion Titanic.mp3 | Celine Dion | 965KB | Audio | Cartman sings |
| kazaaliteuser@KaZaA | staind - Outside (Full band).mp3 | Staind | 4,574KB | Audio | |
| kazaaliteuser@KaZaA | Stained with Fred Durst - Outside.mp3 | Staind With Fred Durst | 5,340KB | Audio | |
| kazaaliteuser@KaZaA | Staind - Its Been Awhile.mp3 | Staind | 4,164KB | Audio | |
| kazaaliteuser@KaZaA | Alternative - Stained - Ephiphany2.mp3 | Staind | 4,000KB | Audio | |
| kazaaliteuser@KaZaA | Staind - Break the Cycle - Fade.mp3 | Staind | 3,778KB | Audio | |

Found 754 files | 2,579,756 users online, sharing 805,881,390 files (9,758,208 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| kazaaliteuser@KaZaA | Staind - Break the Cycle - Fade.mp3 | Staind | 3,778KB | Audio | |
| kazaaliteuser@KaZaA | Maroon 5 - Harder to Breathe.mp3 | maroon five | 2,695KB | Audio | |
| kazaaliteuser@KaZaA | Maroon Five - Birds Of Prey Series Soundtrack - 12 - Harde... | Maroon | 3,388KB | Audio | |
| kazaaliteuser@KaZaA | Carolyn Dawn Johnson - So Complicated.mp3 | Carolyn Dawn Johnson | 3,203KB | Audio | |
| kazaaliteuser@KaZaA | American Wedding Soundtrack - 07 - Matt Nathanson - Laid.. | American Wedding Sound... | 5,697KB | Audio | |
| kazaaliteuser@KaZaA | American Wedding Soundtrack - Sugarcult - Bouncing Off T... | Sugarcult | 1,638KB | Audio | Boucing C |
| kazaaliteuser@KaZaA | Puff Daddy-Its All About The Benjamins.mp3 | Puff Daddy | 3,331KB | Audio | Benj |
| kazaaliteuser@KaZaA | Uncle Sam - I Dont Ever Wanna See You Again.mp3 | Uncle Sam | 5,381KB | Audio | Never Wa |
| kazaaliteuser@KaZaA | SWV - All Cried Out.MP3 | Allure and 112 | 3,224KB | Audio | |
| kazaaliteuser@KaZaA | Liz Phair - 03 - Why Can't I.mp3 | Liz Phair | 4,887KB | Audio | |
| kazaaliteuser@KaZaA | Wheatus - Teenage Dirtbag.mp3 | Wheatus | 3,998KB | Audio | |
| kazaaliteuser@KaZaA | Evanescence Taking over me.mp3 | Evanescence | 5,158KB | Audio | |
| kazaaliteuser@KaZaA | 06 Here Without You.wma | Three Doors Down | 1,886KB | Audio | |
| kazaaliteuser@KaZaA | Hilary Duff - So Yesterday (1).wma | Hillary Duff | 3,370KB | Audio | |
| kazaaliteuser@KaZaA | Evanescence - Forgive me.mp3 | Evanescense | 2,841KB | Audio | |
| kazaaliteuser@KaZaA | the first cut is the deepest.mp3 | Sheryl Crow | 5,300KB | Audio | The First |
| kazaaliteuser@KaZaA | 09-kiley_dean_-_who_will_i_run_to-royal.mp3 | Kiley Dean | 5,627KB | Audio | |
| kazaaliteuser@KaZaA | Frankie J - Sugar Sugar.mp3 | BABY BEESH | 3,444KB | Audio | HO |
| kazaaliteuser@KaZaA | Sugar Sugar.mp3 | Baby Beesh Frankie J | 3,444KB | Audio | |
| kazaaliteuser@KaZaA | Cramberries - Dreams.mp3 | Cranberries | 2,966KB | Audio | |
| kazaaliteuser@KaZaA | 50 cent ft. G-Unit - right thurr.mp3 | 50 Cent ft. G-Unit | 2,941KB | Audio | Rig |
| kazaaliteuser@KaZaA | Chingy - Right Thuur RMX (2).mp3 | 50 Cent ft. G-Unit | 2,848KB | Audio | |
| kazaaliteuser@KaZaA | RIGHT THURR REMIX-50 CENT.mp3 | 50 Cent Ft Young Buc | 3,146KB | Audio | |
| kazaaliteuser@KaZaA | 50 cent - right therr remix.mp3 | 50 cent | 2,308KB | Audio | |
| kazaaliteuser@KaZaA | 18 Get Low.wma | Ying Yang Twins | 1,830KB | Audio | |
| kazaaliteuser@KaZaA | 2pac_eminem_outlawz_1dayatatime.mp3 | Tupac with Eminem | 5,268KB | Audio | One Day At A Time (Em's Version) ( |
| kazaaliteuser@KaZaA | 19-lil_jon_and_the_eastside_boyz-get_low_feat_ying_yan... | Ying Yang Twins__Lil John | 2,612KB | Audio | |
| kazaaliteuser@KaZaA | Tupac ft. Notorious BIG - Running(dirty).mp3 | 2pac Ft Biggie | 3,619KB | Audio | |
| kazaaliteuser@KaZaA | Kenney Chesney - Fall In Love.mp3 | Kenny Chesney | 2,466KB | Audio | |
| kazaaliteuser@KaZaA | Evanescence - Fallen (Promo) - 02 - everybodys fool.mp3 | Evanescence | 4,560KB | Audio | |

Found 754 files | 2,579,756 users online, sharing 805,881,390 files (9,758,208 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| kazaaliteuser@KaZaA | Uncle Sam - I Dont Ever Wanna See You Again.mp3 | Uncle Sam | 5,381KB | Audio | Never Wa |
| kazaaliteuser@KaZaA | SWV - All Cried Out.MP3 | Allure and 112 | 3,224KB | Audio | |
| kazaaliteuser@KaZaA | Liz Phair - 03 - Why Can't I.mp3 | Liz Phair | 4,887KB | Audio | |
| kazaaliteuser@KaZaA | Wheatus - Teenage Dirtbag.mp3 | Wheatus | 3,998KB | Audio | |
| kazaaliteuser@KaZaA | Evanescence Taking over me.mp3 | Evanessence | 5,158KB | Audio | |
| kazaaliteuser@KaZaA | 06 Here Without You.wma | Three Doors Down | 1,886KB | Audio | |
| kazaaliteuser@KaZaA | Hilary Duff - So Yesterday (1).wma | Hillary Duff | 3,370KB | Audio | |
| kazaaliteuser@KaZaA | Evanescence - Forgive me.mp3 | Evanescense | 2,841KB | Audio | |
| kazaaliteuser@KaZaA | the first cut is the deepest.mp3 | Sheryl Crow | 5,300KB | Audio | The First |
| kazaaliteuser@KaZaA | 09-kiley_dean_-_who_will_i_run_to-royal.mp3 | Kiley Dean | 5,627KB | Audio | |
| kazaaliteuser@KaZaA | Frankie J - Sugar Sugar.mp3 | BABY BEESH | 3,444KB | Audio | HO\ |
| kazaaliteuser@KaZaA | Sugar Sugar.mp3 | Baby Beesh Frankie J | 3,444KB | Audio | |
| kazaaliteuser@KaZaA | Cramberries - Dreams.mp3 | Cranberries | 2,966KB | Audio | |
| kazaaliteuser@KaZaA | 50 cent ft. G-Unit - right thurr.mp3 | 50 Cent ft. G-Unit | 2,941KB | Audio | Rigl |
| kazaaliteuser@KaZaA | Chingy - Right Thuur RMX (2).mp3 | 50 Cent ft. G-Unit | 2,848KB | Audio | |
| kazaaliteuser@KaZaA | RIGHT THURR REMIX-50 CENT.mp3 | 50 Cent Ft Young Buc | 3,146KB | Audio | |
| kazaaliteuser@KaZaA | 50 cent - right therr remix.mp3 | 50 cent | 2,308KB | Audio | |
| kazaaliteuser@KaZaA | 18 Get Low.wma | Ying Yang Twins | 1,830KB | Audio | |
| kazaaliteuser@KaZaA | 2pac_eminem_outlawz_1dayatatime.mp3 | Tupac with Eminem | 5,268KB | Audio | One Day At A Time (Em's Version) |
| kazaaliteuser@KaZaA | 19-lil_jon_and_the_eastside_boyz-get_low_feat_ying_yan... | Ying Yang Twins__Lil John | 2,612KB | Audio | |
| kazaaliteuser@KaZaA | Tupac ft. Notorious BIG - Running(dirty).mp3 | 2pac Ft Biggie | 3,619KB | Audio | |
| kazaaliteuser@KaZaA | Kenney Chesney - Fall In Love.mp3 | Kenny Chesney | 2,466KB | Audio | |
| kazaaliteuser@KaZaA | Evanescence - Fallen (Promo) - 02 - everybodys fool.mp3 | Evanessence | 4,560KB | Audio | |
| kazaaliteuser@KaZaA | Evanescence - Fallen (Promo) - 09 - haunted (demo).mp3 | Evanessence | 4,779KB | Audio | |
| kazaaliteuser@KaZaA | Limp Bizkit - Faith.mp3 | Limp Bizkit | 2,291KB | Audio | |
| kazaaliteuser@KaZaA | Kenny Chesney - There Goes My Life.Mp3 | kenny chesney | 3,850KB | Audio | |
| kazaaliteuser@KaZaA | Staind-So Far Away.wma | Staind | 1,939KB | Audio | |
| kazaaliteuser@KaZaA | Evanescence - Fallen (Promo) - 07 - my last breath.mp3 | Evanessence | 5,896KB | Audio | |
| kazaaliteuser@KaZaA | sarah mclachlan - fallen.mp3 | sarah mclachlan | 5,391KB | Audio | |

Found 754 files | 2,579,756 users online, sharing 805,881,390 files (9,758,208 GB) | Not sharing any files