AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF RHODE ISLAND

**CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; LOUD RECORDS LLC, a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; BMG MUSIC, a New York general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company,**

V.

**KARLENE OCTEAU**

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

CA 07 179 ML

TO:

**Karlene M. Octeau**
**38 Pinecrest Dr.**
**North Scituate, RI 02857-3002**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

**James E. O'Neil**
**The Meadows, Suite A103**
**1130 Ten Rod Road**
**North Kingstown, RI 02852**

**Phone (401) 667-7111**
**Fax (401) 667-7112**

an answer to the complaint which is served on you with this summons, within 20 days after service summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 5/18/07

(By) DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT, DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CAPITOL RECORDS, INC., ET AL.,<br><br>Plaintiff/Petitioner<br><br>vs.<br>KARLENE OCTEAU<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO: **CA07 179 ML**<br><br>DECLARATION OF SERVICE OF:<br>**NOTICE TO DEFENDANT; SUMMONS; CIVIL COVER SHEET; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; CERTIFICATION OF INTERESTED PARTIES; NOTICE OF RELATED ACTIONS OR PROCEEDINGS** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **30th day of June, 2007, at 10:55 AM**, at the address of **38 PINECREST Drive**, **NORTH SCITUATE**, **Providence** County, **RI 02857**; this declarant served the above described documents upon **KARLENE OCTEAU**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **William McCarthy, Subjects Father, A white male approx. 45-55 years of age 6'0"-6'2" in height weighing 200-220 lbs with brown hair**, a person of suitable age and discretion residing at the respondent's usual place of abode listed above.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **Rhode Island** that the statement above is true and correct.

DATED this **2nd day of July, 2007**.

Natale Lapriore

**Natale Lapriore**

ABC's Client Name
**Holme, Roberts & Owen RIAA (PFI)**

ORIGINAL PROOF OF SERVICE

ABC Tracking #: **4801043**

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

Service of Summons and Complaint was made by me [1] DATE: 6-30-07

NAME OF SERVER (*PRINT*) Natale Lapriore TITLE: Process Server

*Check one box below to indicate appropriate method of service.*

☐ Served personally upon the defendant. Place where served: 38 Pinecrest Dr, North Scituate, RI

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing there in.

Name of person with whom the summons and complaint were left: William McCarthy

☐ Returned unexecuted:

☐ Other (*specify*):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing Information Contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: 6-30-07
Dated

Natale Lapriore
Signature of Server

ABC Legal Services, Inc.
633 Yesler Way
Seattle, Washington 98104
Address of Server

(1) As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.