**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; LOUD RECORDS LLC, a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; BMG MUSIC, a New York general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company, | Civil No. 1:07-cv-00179-ML-LDA |
| Plaintiffs, | Judge Mary M. Lisi |
| v. | |
| Karlene M. Octeau, | |
| Defendant. | |

**MOTION TO DISMISS**

Plaintiffs CAPITOL RECORDS, INC.; UMG RECORDINGS, INC.; LOUD RECORDS LLC; WARNER BROS. RECORDS INC.; BMG MUSIC; and ARISTA RECORDS LLC (collectively, "Plaintiffs") respectfully move this Court to dismiss the above-named matter with prejudice, each side to bear its own fees and costs. There are no pending counterclaims. A proposed order to that effect is attached for the Court's convenience.

Respectfully submitted,

Dated: September 7, 2007

By: /s/ James E. O'Neil

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for CAPITOL RECORDS, INC.; UMG RECORDINGS, INC.; LOUD RECORDS LLC; WARNER BROS. RECORDS INC.; BMG MUSIC; and ARISTA RECORDS LLC

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing MOTION TO DISMISS has been served upon

Karlene M. Octeau

38 Pinecrest Drive

North Scituate, RI 02857-3002

by United States mail, properly addressed and postage prepaid, on this 7th day of September, 2007:

/s/ James E. O'Neil
James E. O'Neil

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; LOUD RECORDS LLC, a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; BMG MUSIC, a New York general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company, | Civil No. 1:07-cv-00179-ML-LDA |
| Plaintiffs, | Judge Mary M. Lisi |
| v. | |
| Karlene M. Octeau, | |
| Defendant. | |

**MEMORANDUM IN SUPPORT OF**
**PLAINTIFF'S MOTION TO DISMISS**

As reason in support of Plaintiffs Motion to Dismiss the Court is respectfully advised of the following:

The parties have settled their dispute. As part of that settlement agreement, Plaintiffs agreed to dismiss the above-named action with prejudice, each side to bear its own costs and fees. There are no pending counterclaims. A proposed order to that effect is attached for the Court's convenience.

Respectfully submitted,

Dated: September 7, 2007

By: /s/ James E. O'Neil

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for CAPITOL RECORDS, INC.; UMG RECORDINGS, INC.; LOUD RECORDS LLC; WARNER BROS. RECORDS INC.; BMG MUSIC; and ARISTA RECORDS LLC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing MEMORANDUM has been served upon

Karlene M. Octeau

38 Pinecrest Drive

North Scituate, RI 02857-3002

by United States mail, properly addressed and postage prepaid, on this 7th day of September, 2007:

/s/ James E. O'Neil
James E. O'Neil