**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; LOUD RECORDS LLC, a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; BMG MUSIC, a New York general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company,

Plaintiffs,

v.

Karlene M. Octeau,

Defendant.

Civil No. 1:07-cv-00179-ML-LDA

Judge Mary M. Lisi

**ORDER**

UPON CONSIDERATION of Plaintiffs' Motion to Dismiss and Memorandum in support of same, there being no objection by Defendant, and the parties having settled this matter, Plaintiffs' motion is hereby GRANTED.

The above-named lawsuit is DISMISSED with prejudice, each side to bear its own costs and fees.

IT IS SO ORDERED.

DATED: September 7, 2007

By: Mary M. Lisi
Hon. Mary M. Lisi
United States District Judge